QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Bruce Zisser (Bar No. 180607)
  brucezisser@quinnemanuel.com
  865 S. Figueroa St., 10th Floor
  Los Angeles, CA 90017
  Phone: (213) 443-3000
  Fax: (213) 443-3100

*Attorneys for Plaintiff Monument Peak Ventures, LLC.*

REED SMITH LLP
  David T. Pollock (Bar No. 217546)
  dpollock@reedsmith.com
  101 2nd St Ste 1800
  San Francisco, CA 94105
  Phone: (415) 543-8700
  Fax: (415) 391 8269

*Attorneys for Defendant GE Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GE HEALTHCARE, INC.,<br><br>Defendant. | Case No. 3:18-cv-01158-JLS-JLB<br><br>**JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 12.1 of the Civil Local Rules, Plaintiff Monument
2  Peak Ventures, LLC ("MPV") and Defendant GE Healthcare, Inc. ("GE") hereby
3  jointly move for a 30 day extension of time for GE to answer or otherwise respond
4  to the complaint.

Good cause exists for this agreed extension for the reasons set forth below:

- This will be the first extension of the date for filing of a response to the Complaint.
- This extension is deemed necessary by GE to allow its counsel additional time to investigate underlying facts and prepare its response to the Complaint.
- Both parties agree to this extension.

The parties respectfully request that the Court grant this extension. A proposed order has been respectfully submitted.

DATED: June 27, 2018      QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Bruce R. Zisser*
Amar L. Thakur
Bruce Zisser
*Attorneys for Plaintiff Monument Peak Ventures, LLC*

REED SMITH, LLP

*/s/ David T. Pollock*
David T. Pollock

*Attorneys for Defendant GE Healthcare, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

DATED: June 27, 2018

By: */s/ Bruce R. Zisser*
Bruce R. Zisser
brucezisser@quinnemanuel.com

*Attorneys for Plaintiff Monument Peak Ventures, LLC*