**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

**Construed Terms:**  **bold – 1st occurrence in red/underline**
**Proposed Constructions:**  *italicized*
Independent claims denoted with "*"

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 1** | | | | |
| 1. A method for sharing digital images over at least one network comprising the steps of: | *The preamble is a limitation of the claim* | | | |
| (a) providing a network service over the network; | | | | |
| (b) permitting at least one **share group** to access a network server via the network service, the at least one **share group** including a plurality of members; | | **share group:** (Appears in: 1*, 9, 12, 25, 30*) *Plain and Ordinary Meaning, for example, any group of users with common access to one or more media or data files* | **share group:** (Appears in: 1*, 9, 12, 25, 30*) *Set of members referenced in a share list* | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| (c) associating a device with each of the plurality of members, each device in communication with the server, the device of one or more members of each of the at least one **share group** being a **continuously operating** display, each of the plurality of members of the at least one **share group** capable of being a sharing member and a receiving member, | | **continuously operating:** (Appears in: 1*, 5, 13, 23, 24, 30*)  *Not indefinite. Operating whether or not it is connected to the network* | **continuously operating** (Appears in: 1*, 5, 13, 23, 24, 30*)  *Indefinite. Alternatively: operating without interruption* | |
| (d) allowing each sharing member to share digital files with the receiving members of the at least one **share group** by | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| uploading from the device associated with the sharing member at least one digital file to the network service; | | | | |
| (e) downloading from the network service the at least one digital file to the devices associated with the receiving members of the at least one **share group**; and | | | | |
| (f) automatically displaying the at least one digital file on the **continuously operating** displays associated with the receiving members of the at least one **share group**. | | | | |
| **Claim 9** | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A1: Patent 6,509,910
### Asserted Claims: 1, 4-13, 22-26, 29, 30

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 9. A method as recited in claim 8 further comprising the step of: allowing the sharing member to select via the associated device of the sharing member to select a subset of the uploaded digital files to be shared with the receiving members of the at least one **share group**. | | | | |
| **Claim 12** | | | | |
| 12. A method as recited in claim 1 further comprising the step of: allowing a member of one of the plurality of **share group**s to also be a member of at least one other **share group**. | | | | |
| **Claim 13** | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A1: Patent 6,509,910
### Asserted Claims: 1, 4-13, 22-26, 29, 30

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 13. A method as recited in claim 1 wherein: each **continuously operating** display includes an interface for receiving digital images directly from a digital camera. | | | | |
| **Claim 23** | | | | |
| 23. A method as recited in claim 1 wherein: each **continuously operating** display can receive images and data from a plurality of external devices including a digital camera, a video camera, and a computer. | | | | |
| **Claim 24** | | | | |
| 24. A method as recited in claim 23 further comprising the step of: | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| directly connecting the **continuously operating** display to one of the plurality of external devices to receive images and data therefrom. | | | | |
| **Claim 25** | | | | |
| 25. A method as recited in claim 1 further comprising the step of: providing authorization to the network service by an individual to become a member of the at least one **share group**. | | | | |
| **Claim 30** | | | | |
| 30. A computer program product comprising a computer readable storage medium having a computer program | | | | |

A1-6

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A1: Patent 6,509,910
### Asserted Claims: 1, 4-13, 22-26, 29, 30

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| stored thereon which, when executed by a digital processing system, causes the system to perform a method comprising the steps of: | | | | |
| (a) permitting at least one **share group** to access a network server via a network service, the at least one **share group** including a plurality of members; | | | | |
| (b) associating a device with each of the plurality of members, each device in communication with the server, the device of one or more members of each of the at least one **share group** being a | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **continuously operating** display, each of the plurality of members of the at least one **share group** capable of being a sharing member and a receiving member, | | | | |
| (c) allowing each sharing member to share digital files with the receiving members of the at least one **share group** by uploading from the device associated with the sharing member at least one digital file to the network service; | | | | |
| (d) downloading from the network service the at least one digital file to the devices associated with the | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| receiving members of the at least one **share group**; and | | | | |
| (e) automatically displaying the at least one digital file the **continuously operating** displays associated with the receiving members of the at least one **share group**. | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2: U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-8**

**Construed Terms:**      **bold – 1st occurrence in red/<u>underline</u>**
**Proposed Constructions:**   *italicized*
Independent claims denoted with "*"

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 1** | | | | |
| 1. A method for processing a digital image, comprising the steps of: | | | | |
| applying a subject matter detector to the digital image to produce a **belief map** of values indicating the degree of belief that **pixels** in the digital image belong to target subject matter, said values defining a plurality of belief | | **belief map:** (Appears in: 1*, 7*, 8*)<br><br>*a collection of values wherein each value corresponding to the likelihood and/or degree of confidence that an individual pixel in the image belongs to the target subject matter* | **belief map:** (Appears in: 1*, 7*, 8*)<br><br>*a collection of belief values corresponding to each pixel in the image* | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2: U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| regions; | | **pixel:** (Appears in: 1*, 2, 7*, 8*) *Plain and Ordinary meaning, for example, the smallest element of an image.* | **pixel:** (Appears in: 1*, 2, 7*, 8*) *a picture element in a two-dimensional grid of such elements that form an image* | |
| determining the sizes of each of said belief regions in said **belief map**; | | | | |
| **enhancing the digital image, said enhancing varying pixel by pixel** in accordance with both the degree of belief and the size of the respective said belief region. | | **enhancing the digital image:** (Appears in: 1*, 7*, 8*) *Plain and Ordinary Meaning, for example, performing an image alteration that is beneficial for use of the image* | **enhancing the digital image:** (Appears in: 1*, 7*, 8*) *improving the image quality by, for example, sharpening, noise reduction, de-blocking, scene balance adjustment, tone-scale* | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2: U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | | | *adjustment, noise reduction, color re mapping, and image interpolation* | |
| | | **said enhancing varying pixel by pixel:** (Appears in: 1*, 7*, 8*) *Plain and ordinary meaning, for example, choosing whether and by how much to alter individual pixels in the image* | **said enhancing varying pixel by pixel:** (Appears in: 1*, 7*, 8*) *choosing whether and by how much to alter the values of each pixel in the image* | |
| **Claim 2** | | | | |
| 2. The method of claim 1 wherein said applying further comprises assigning one of three or more different belief values to each of the **pixels** of the digital | | | | |

A2-3

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2: U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| image. | | | | |
| **Claim 7** | | | | |
| 7. A system for processing a digital image, comprising: | | | | |
| a subject matter detector distinguishing between target and background subject matters in the digital image to produce a belief map of values indicating the degree of belief that pixels in the digital image belong to target subject matter, said values defining a plurality of belief regions; and | | | | |
| a belief map analyzer determining | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2: U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| sizes of said belief regions; | | | | |
| an **image enhancement operator enhancing said digital image, said image enhancement operator controlling the degree of image enhancement pixel by pixel, in accordance with both the degree of belief and the size of the respective said belief region**. | Agreed Function: *enhance said digital image by controlling the degree of image enhancement pixel by pixel, in accordance with both the degree of belief and the size of the respective said belief region* | Structure: *computer processor configured to perform one or more of the acts set forth in 1:57-64, 12:20-25, 5:1–9:3 and Fig. 1.* | Structure: *computer processor configured to perform the algorithm set forth in Figure 1 and col. 6:63-12:58.* | |
| **Claim 8** | | | | |
| 8. A method for processing a digital image, comprising the steps of: | | | | |

### APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A2: U.S. Patent 7,092,573
### Asserted Claims: 1, 2, 4-8

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| applying a subject matter detector to the digital image to produce a **belief map** of values indicating the degree of belief that **pixels** in the digital image belong to target subject matter | | | | |
| determining the location and size of each of a plurality of belief regions in said **belief map**; | | | | |
| **enhancing the digital image, said enhancing varying pixel by pixel** in accordance with the degree of belief the size and the location of the respective said | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2: U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| belief region. | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

**Construed Terms:**        **bold – 1st occurrence in red/underlined**
**Proposed Constructions:**  *italicized*
Independent claims denoted with "*"

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 1** | | | | |
| 1. **A computer method** for modifying an image having a **main subject** and a background **pixels**, comprising the steps of: | | **A computer method**: (Appears in: 1*, 14*) <br><br> *A method wherein a computer performs the explicitly claimed functions.  Manual intervention is not precluded.* | **A computer method**: (Appears in: 1*, 14*) <br><br> *a method performed entirely by a computer (i.e., without manual intervention)* | |
| | | **main subject**: (Appears in: 1*, 6, 7, 9, 13*, 14*, 23*) <br><br> Not indefinite <br><br> *Plain and Ordinary meaning, for example, something prominent* | **main subject**: (Appears in: 1*, 6, 7, 9, 13*, 14*, 23*) <br><br> Indefinite | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | | *upon which an operation or process is to be performed.* | | |
| | | **pixel:** (Appears in: 1*, 4, 6, 7, 9, 13*, 14*, 15, 16, 23*) *Plain and Ordinary meaning, for example, the smallest element of an image.* | **pixel:** (Appears in: 1*, 4, 6, 7, 9, 13*, 14*, 15, 16, 23*) *a picture element in a two-dimensional grid of such elements that form an image* | |
| automatically identifying the **main subject** of the image, and | | | | |
| automatically altering **pixel** values of said image to emphasize said **main subject**, said altering following said identifying; | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| said altering follows any and all identifying of said **main subject** and wherein said identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is a **main subject** of the image, to provide a **main subject belief map**. | | **belief map:** (Appears in: 1*, 13*, 23*) *a collection of values, each value relating to the probability that a region is associated with a main subject of the image* | **belief map:** (Appears in: 1*, 13*, 23*) *a collection of belief values corresponding to each pixel in the image* | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 4** | | | | |
| 4. The method of claim 1 wherein said altering **pixel** values further comprises altering **pixel** luminescence. | | | | |
| **Claim 6** | | | | |
| 6. The method of claim 1 wherein said altering emphasizes said **main subject** by altering **pixel** values that are a part of said **main subject**. | | | | |
| **Claim 7** | | | | |
| 7. The method of claim 1 wherein said altering emphasizes said **main subject** by altering **pixel** values that are not a part of said **main subject**. | | | | |
| **Claim 9** | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 9. The method of claim 1 wherein said altering further comprises enhancing saturation of the **pixels** that are a part of said **main subject**. | | | | |
| **Claim 13** | | | | |
| 13. A system for modifying an image having a **main subject** and a background **pixels**, comprising the steps of: | | | | |

A3-5

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **means for automatically identifying the main subject** of the image, and means for automatically altering pixel values of said image to emphasize said main subject, said altering following said identifying; said altering following any and all identifying of said **main subject** and **wherein said** means | **means for automatically identifying the main subject of the image . . . wherein said means for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values . . .to provide a main subject belief map.** (Appears in: 13*) | **means for automatically identifying the main subject of the image . . . wherein said means for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values . . .to provide a main subject belief map.** (Appears in: 13*) | **means for automatically identifying the main subject of the image . . . wherein said means for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values . . .to provide a main subject belief map.** (Appears in: 13*) | |

A3-6

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **for identifying <u>further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values</u>**, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is a **main subject** of the image, <u>**to provide a main subject belief map**</u>. | Agreed Function: *automatically identify the main subject of the image, segment said image into a plurality of regions; and generate a plurality of belief values … to provide a main subject belief map* | Structure: *Not indefinite.* *computer processor configured to perform one or more of the acts set forth in 1:57-64, 12:20-25, 5:1–9:3 and Fig. 1.* | Structure: *Indefinite (no algorithm for segmenting).* *For the other portions of the function, a computer processor configured to perform the acts set forth in Figure 1 and col. 1:57-2:3, 4:1-23, and 5:1-9:3.* | |
| **Claim 14** | | | | |
| 14. **A computer method** of modifying an image having a | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **main subject** and a background **pixels**, comprising the steps of: | | | | |
| automatically generating one or more belief values, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is the **main subject** of the image; | | | | |
| following said generating, automatically altering **pixel** values in said plurality of regions of said image, in accordance with said | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| associated belief values; | | | | |
| and said altering follows all said generating. | | | | |
| **Claim 15** | | | | |
| 15. The method of claim 14 wherein said altering further comprises: | | | | |
| determining a saturation value for each **pixel**; and | | | | |
| altering the **pixel** saturation values according to said associated belief values. | | | | |
| **Claim 16** | | | | |
| 16. The method of claim 14 wherein said altering further comprises: | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A3: U.S. Patent 7,212,668
### Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| determining a luminance value for each **pixel**; and | | | | |
| altering the **pixel** luminance values according to said associated belief values. | | | | |
| **Claim 23** | | | | |
| 23. A digital image modification method for use on an input digital image having a **main subject** and a background **pixels** to produce an output image, the method comprising the steps of: | | | | |
| receiving a user selection of one of a plurality of different types of emphasizing to provide a selected | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| emphasis; | | | | |
| identifying the **main subject** and the background in the input digital image; | | | | |
| altering **pixel** values of said input digital image, in accordance with said selected emphasis, to provide the output image wherein said **main subject** is emphasized; | | | | |
| wherein said identifying and altering steps are without manual intervention and wherein said identifying further comprises: segmenting said image into a plurality of regions; and generating a | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| plurality of belief values, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is a **main subject** of the image, to provide a **main subject belief map**. | | | | |