**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

**Construed Terms:  bold – 1st occurrence in red/underline**
**Proposed Constructions:**  *italicized*
Independent claims denoted with "*"

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 1** | | | | |
| 1. A method for sharing digital images over at least one network comprising the steps of: | *The preamble is a limitation of the claim* | | | |
| (a) providing a network service over the network; | | | | |
| (b) permitting at least one **share group** to access a network server via the network service, the at least one **share group** including a plurality of members; | | **share group:** (Appears in: 1*, 9, 12, 25, 30*) *Plain and Ordinary Meaning, for example, any group of users with common access to one or more media or data files* | **share group:** (Appears in: 1*, 9, 12, 25, 30*) *Set of members referenced in a share list* | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| (c) associating a device with each of the plurality of members, each device in communication with the server, the device of one or more members of each of the at least one **share group** being a <u>**continuously operating**</u> display, each of the plurality of members of the at least one **share group** capable of being a sharing member and a receiving member, | | <u>**continuously operating**</u>: (Appears in: 1*, 5, 13, 23, 24, 30*)<br><br>*Not indefinite. Operating whether or not it is connected to the network* | <u>**continuously operating**</u> (Appears in: 1*, 5, 13, 23, 24, 30*)<br><br>*Indefinite. Alternatively: operating without interruption* | |
| (d) allowing each sharing member to share digital files with the receiving members of the at least one **share group** by | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| uploading from the device associated with the sharing member at least one digital file to the network service; | | | | |
| (e) downloading from the network service the at least one digital file to the devices associated with the receiving members of the at least one **share group**; and | | | | |
| (f) automatically displaying the at least one digital file on the **continuously operating** displays associated with the receiving members of the at least one **share group**. | | | | |
| **Claim 9** | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A1: Patent 6,509,910
### Asserted Claims: 1, 4-13, 22-26, 29, 30

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 9. A method as recited in claim 8 further comprising the step of: allowing the sharing member to select via the associated device of the sharing member to select a subset of the uploaded digital files to be shared with the receiving members of the at least one **share group**. | | | | |
| **Claim 12** | | | | |
| 12. A method as recited in claim 1 further comprising the step of: allowing a member of one of the plurality of **share group**s to also be a member of at least one other **share group**. | | | | |
| **Claim 13** | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A1: Patent 6,509,910
### Asserted Claims: 1, 4-13, 22-26, 29, 30

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 13. A method as recited in claim 1 wherein: each **continuously operating** display includes an interface for receiving digital images directly from a digital camera. | | | | |
| **Claim 23** | | | | |
| 23. A method as recited in claim 1 wherein: each **continuously operating** display can receive images and data from a plurality of external devices including a digital camera, a video camera, and a computer. | | | | |
| **Claim 24** | | | | |
| 24. A method as recited in claim 23 further comprising the step of: | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| directly connecting the **continuously operating** display to one of the plurality of external devices to receive images and data therefrom. | | | | |
| **Claim 25** | | | | |
| 25. A method as recited in claim 1 further comprising the step of: providing authorization to the network service by an individual to become a member of the at least one **share group**. | | | | |
| **Claim 30** | | | | |
| 30. A computer program product comprising a computer readable storage medium having a computer program | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| stored thereon which, when executed by a digital processing system, causes the system to perform a method comprising the steps of: | | | | |
| (a) permitting at least one **share group** to access a network server via a network service, the at least one **share group** including a plurality of members; | | | | |
| (b) associating a device with each of the plurality of members, each device in communication with the server, the device of one or more members of each of the at least one **share group** being a | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **continuously operating** display, each of the plurality of members of the at least one **share group** capable of being a sharing member and a receiving member, | | | | |
| (c) allowing each sharing member to share digital files with the receiving members of the at least one **share group** by uploading from the device associated with the sharing member at least one digital file to the network service; | | | | |
| (d) downloading from the network service the at least one digital file to the devices associated with the | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A1: Patent 6,509,910**
**Asserted Claims: 1, 4-13, 22-26, 29, 30**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| receiving members of the at least one **share group**; and | | | | |
| (e) automatically displaying the at least one digital file the **continuously operating** displays associated with the receiving members of the at least one **share group**. | | | | |

A1-9

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A2 (Amended): U.S. Patent 7,092,573
### Asserted Claims: 1, 2, 4-6, 8

**Construed Terms: bold – 1st occurrence in red/underline**
**Proposed Constructions:** *italicized*
Independent claims denoted with "*"

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 1** | | | | |
| 1. A method for processing a digital image, comprising the steps of: | | | | |
| applying a subject matter detector to the digital image to produce a **belief map** of values indicating the degree of belief that **pixels** in the digital image belong to target subject matter, said values defining a plurality of belief | | **belief map:** (Appears in: 1*, 8*)<br><br>*a collection of values wherein each value corresponding to the likelihood and/or degree of confidence that an individual pixel in the image belongs to the target subject matter* | **belief map:** (Appears in: 1*, 8*)<br><br>*a collection of belief values corresponding to each pixel in the image* | |

A2-1 (Amended)

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2 (Amended): U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-6, 8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| regions; | | **pixel:**<br>(Appears in: 1*, 2, 8*)<br><br>*Plain and Ordinary meaning, for example, the smallest element of an image.* | **pixel:**<br>(Appears in: 1*, 2, 8*)<br><br>*a picture element in a two-dimensional grid of such elements that form an image* | |
| determining the sizes of each of said belief regions in said **belief map**; | | | | |
| <span style="color:red">**enhancing the digital image**, **said enhancing varying pixel by pixel**</span> in accordance with both the degree of belief and the size of the respective said belief region. | | **enhancing the digital image:**<br>(Appears in: 1*, 8*)<br><br>*Plain and Ordinary Meaning, for example, performing an image alteration that is beneficial for use of the image* | **enhancing the digital image:**<br>(Appears in: 1*, 8*)<br><br>*improving the image quality by, for example, sharpening, noise reduction, de-blocking, scene balance adjustment, tone-scale* | |

A2-2 (Amended)

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A2 (Amended): U.S. Patent 7,092,573
### Asserted Claims: 1, 2, 4-6, 8

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | | | *adjustment, noise reduction, color re mapping, and image interpolation* | |
| | | **said enhancing varying pixel by pixel**: (Appears in: 1*, 8*) *Plain and ordinary meaning, for example, choosing whether and by how much to alter individual pixels in the image* | **said enhancing varying pixel by pixel**: (Appears in: 1*, 8*) *choosing whether and by how much to alter the values of each pixel in the image* | |
| **Claim 2** | | | | |
| 2. The method of claim 1 wherein said applying further comprises assigning one of three or more different belief values to each of the **pixels** of the digital | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A2 (Amended): U.S. Patent 7,092,573
### Asserted Claims: 1, 2, 4-6, 8

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| image. | | | | |
| **Claim 8** | | | | |
| 8. A method for processing a digital image, comprising the steps of: | | | | |
| applying a subject matter detector to the digital image to produce a **belief map** of values indicating the degree of belief that **pixels** in the digital image belong to target subject matter | | | | |
| determining the location and size of each of a plurality of belief regions in said **belief map**; | | | | |
| **enhancing the digital image**, said | | | | |

A2-4 (Amended)

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A2 (Amended): U.S. Patent 7,092,573**
**Asserted Claims: 1, 2, 4-6, 8**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **enhancing varying pixel by pixel** in accordance with the degree of belief the size and the location of the respective said belief region. | | | | |

A2-5 (Amended)

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A3: U.S. Patent 7,212,668
### Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25

**Construed Terms:  bold – 1st occurrence in red/underlined**
**Proposed Constructions:** *italicized*
Independent claims denoted with "*"

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 1** | | | | |
| 1. **A computer method** for modifying an image having a **main subject** and a background **pixels**, comprising the steps of: | | **A computer method:** (Appears in: 1*, 14*) <br><br> *A method wherein a computer performs the explicitly claimed functions.  Manual intervention is not precluded.* | **A computer method:** (Appears in: 1*, 14*) <br><br> *a method performed entirely by a computer (i.e., without manual intervention)* | |
| | | **main subject:** (Appears in: 1*, 6, 7, 9, 13*, 14*, 23*) <br><br> Not indefinite <br><br> *Plain and Ordinary meaning, for example, something prominent* | **main subject:** (Appears in: 1*, 6, 7, 9, 13*, 14*, 23*) <br><br> Indefinite | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | | *upon which an operation or process is to be performed.* | | |
| | | **pixel:** (Appears in: 1*, 4, 6, 7, 9, 13*, 14*, 15, 16, 23*)  *Plain and Ordinary meaning, for example, the smallest element of an image.* | **pixel:** (Appears in: 1*, 4, 6, 7, 9, 13*, 14*, 15, 16, 23*)  *a picture element in a two-dimensional grid of such elements that form an image* | |
| automatically identifying the **main subject** of the image, and | | | | |
| automatically altering **pixel** values of said image to emphasize said **main subject**, said altering following said identifying; | | | | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A3: U.S. Patent 7,212,668
### Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| said altering follows any and all identifying of said **main subject** and wherein said identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is a **main subject** of the image, to provide a **main subject belief map**. | | **belief map:** (Appears in: 1*, 13*, 23*) <br><br> *a collection of values, each value relating to the probability that a region is associated with a main subject of the image* | **belief map:** (Appears in: 1*, 13*, 23*) <br><br> *a collection of belief values corresponding to each pixel in the image* | |

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A3: U.S. Patent 7,212,668
### Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **Claim 4** | | | | |
| 4. The method of claim 1 wherein said altering **pixel** values further comprises altering **pixel** luminescence. | | | | |
| **Claim 6** | | | | |
| 6. The method of claim 1 wherein said altering emphasizes said **main subject** by altering **pixel** values that are a part of said **main subject**. | | | | |
| **Claim 7** | | | | |
| 7. The method of claim 1 wherein said altering emphasizes said **main subject** by altering **pixel** values that are not a part of said **main subject**. | | | | |
| **Claim 9** | | | | |

A3-4

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 9. The method of claim 1 wherein said altering further comprises enhancing saturation of the **pixels** that are a part of said **main subject**. | | | | |
| **Claim 13** | | | | |
| 13. A system for modifying an image having a **main subject** and a background **pixels**, comprising the steps of: | | | | |

A3-5

## APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET
### A3: U.S. Patent 7,212,668
### Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **means for automatically identifying the main subject** of the image, and means for automatically altering pixel values of said image to emphasize said main subject, said altering following said identifying; said altering following any and all identifying of said **main subject** and **wherein said** means | **means for automatically identifying the main subject of the image . . . wherein said means for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief  values . . .to provide a main subject belief map.** (Appears in: 13*) | **means for automatically identifying the main subject of the image . . . wherein said means for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values . . . to provide a main subject belief map.** (Appears in: 13*) | **means for automatically identifying the main subject of the image . . . wherein said means for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values  . . .to provide a main subject belief map.** (Appears in: 13*) | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **for identifying further comprises: segmenting said image into a plurality of regions; and generating a plurality of belief values**, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is a **main subject** of the image, **to provide a main subject belief map**. | Agreed Function: *automatically identify the main subject of the image, segment said image into a plurality of regions; and generate a plurality of belief values ... to provide a main subject belief map* | Structure: *Not indefinite.* *computer processor configured to perform one or more of the acts set forth in 1:57-64, 12:20-25, 5:1–9:3 and Fig. 1.* | Structure: *Indefinite (no algorithm for segmenting).* *For the other portions of the function, a computer processor configured to perform the acts set forth in Figure 1 and col. 1:57-2:3, 4:1-23, and 5:1-9:3.* | |
| **Claim 14** | | | | |
| 14. **A computer method** of modifying an image having a | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **main subject** and a background **pixels**, comprising the steps of: | | | | |
| automatically generating one or more belief values, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is the **main subject** of the image; | | | | |
| following said generating, automatically altering **pixel** values in said plurality of regions of said image, in accordance with said | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| associated belief values; | | | | |
| and said altering follows all said generating. | | | | |
| **Claim 15** | | | | |
| 15. The method of claim 14 wherein said altering further comprises: | | | | |
| determining a saturation value for each **pixel**; and | | | | |
| altering the **pixel** saturation values according to said associated belief values. | | | | |
| **Claim 16** | | | | |
| 16. The method of claim 14 wherein said altering further comprises: | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| determining a luminance value for each **pixel**; and | | | | |
| altering the **pixel** luminance values according to said associated belief values. | | | | |
| **Claim 23** | | | | |
| 23. A digital image modification method for use on an input digital image having a **main subject** and a background **pixels** to produce an output image, the method comprising the steps of: | | | | |
| receiving a user selection of one of a plurality of different types of emphasizing to provide a selected | | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| emphasis; | | | | |
| identifying the **main subject** and the background in the input digital image; | | | | |
| altering **pixel** values of said input digital image, in accordance with said selected emphasis, to provide the output image wherein said **main subject** is emphasized; | | | | |
| wherein said identifying and altering steps are without manual intervention and wherein said identifying further comprises: segmenting said image into a plurality of regions; and generating a | | | | |

A3-11

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**A3: U.S. Patent 7,212,668**
**Asserted Claims: 1, 4, 6, 7, 9, 13-16, 23-25**

| PATENT CLAIM (Disputed Terms in BOLD) | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| plurality of belief values, each said belief value being associated with one of a plurality of regions of the image, said belief values each being related to the probability that the associated region is a **main subject** of the image, to provide a **main subject belief map**. | | | | |