QUINN EMANUEL URQUHART & SULLIVAN, LLP
Amar L. Thakur (Bar No. 194025)
amarthakur@quinnemanuel.com
Bruce Zisser (Bar No. 180607)
brucezisser@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Plaintiff Monument Peak Ventures, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MONUMENT PEAK VENTURES, LLC

Plaintiff,

vs.

GE HEALTHCARE, INC., GENERAL ELECTRIC CO.

Defendants.

Case No. 18-CV-1158 JLS (JLB)

**DECLARATION OF BRUCE R. ZISSER IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Bruce R. Zisser, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Monument Peak Ventures, LLC ("MPV") in the above-captioned matter. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit A are true and correct copies of pages from *The Webster's Third New International Dictionary*, 2002, produced by MPV at MPVGE006372-74.

3. Attached hereto as Exhibit B are true and correct copies of pages from *The Webster's Third New International Dictionary*, 2002, produced by MPV at MPVGE006369-71.

4. Attached hereto as Exhibit C are true and correct copies of pages from the *Modern Dictionary of Electronics*, 7th ed., 1999, produced by MPV at MPVGE006366-68.

5. Attached hereto as Exhibit D are true and correct copies of pages from the *Micorsoft Computer Dictionary*, 5th ed., 2002, produced by GE at GE_0019133-36.

6. Attached hereto as Exhibit E are true and correct copies of pages from the *Hargraves Communication Dictionary*, 2001, produced by GE at GE_0019127-29.

///

///

7. Attached hereto as Exhibit F are true and correct copies of pages from the *Wiley Electrical and Electronics Engineering Dictionary*, 2004, produced by GE at GE_0019176-81.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of May, 2019, at Los Angeles, California.

*/s/Bruce R. Zisser*
Bruce R. Zisser

# EXHIBIT A

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN-13: 978-0-87779-201-7 (buckram)
ISBN-10: 0-87779-201-1 (buckram)
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5455QKY0605

**ground tier** *n* **1 :** the lowest tier of articles stowed in a ship's hold **2 :** the lowest row of boxes in a theater or amphitheater

**ground tissue** *n* **:** PARENCHYMA 1

**ground tone** *n* **:** FUNDAMENTAL 2

**ground vine** *n* **:** TWINFLOWER

**ground warbler** *n* **:** any of various American warblers living or nesting chiefly on the ground

**ground·ward** \'graủndwə(r)d, *rapid* -nw-\ *also* **ground·wards** \-dz\ *adv* **:** toward the ground **:** DOWN

**groundwater** \'=,==\ *n* **:** water within the earth that supplies wells and springs; *specif* **:** water in the zone of saturation where all openings in rocks and soil are filled, the upper surface of which forms the water table

**groundwater level** *n* **1 :** WATER TABLE **2 :** the depth or elevation above or below sea level at which the surface of groundwater stands

**ground wave** *n* **:** a radio wave that is propagated along the surface of the earth

**ground ways** *n pl* **:** heavy timbers laid on the ground on each side of the keel of a ship under construction that form a track for launching and support the sliding ways that carry the ship into the water — called also *standing ways*

**ground wire** *n* **1 :** a wire making a ground connection **2 :** the part of a circuit formed by the earth

**groundwood** \'=,=\ *n* **:** wood ground into small particles by revolving grindstones and used in paper pulp ⟨~ pulp⟩ ⟨~ paper⟩; *also* **:** the pulp made from such wood

**groundwork** \'=,=\ *n* **:** something that forms a foundation or support **:** BASIS, GROUND

**ground worm** *n* **1 :** EARTHWORM **2 :** WORM SNAKE

**ground wren** *n* **1 :** WREN-TIT **2 :** HEATH-WREN

**groundy** \'graủndē\ *adj* -ER/-EST *of coffee* **:** having an earthy taste or aroma

**ground yew** *n* **1 :** CROWBERRY 1a **2 :** a ground hemlock (*Taxus canadensis*)

**ground zero** *n* **:** the point on the surface of the ground or water directly below which, above which, or at which the explosion of an atom bomb occurs

[1]**group** \'grüp\ *n* -S [F *groupe*, fr. It *gruppo* group, knot, of Gmc origin; akin to OHG *kropf* craw — more at CROP] **1 :** two or more figures (as in sculpture or painting) forming a distinctive unit complete in itself or forming part of a larger composition ⟨the bronze ~ represents a mortally wounded southern soldier supported by Fame —*Amer. Guide Series: N.C.*⟩ ⟨a foreground ~ of satyrs and nymphs⟩ **2 a :** a relatively small number of individuals assembled or standing together ⟨a ~ of indifferent bystanders looked on⟩ ⟨~*s* of prisoners marching to their destination⟩ — compare CROWD **b :** an assemblage of objects regarded as a unit because of their comparative segregation from others ⟨a ~ of buildings⟩ ⟨a ~ of towns . . . were able to develop increasing commerce with the Near East —Stringfellow Barr⟩ ⟨a ~ of . . . highly finished, memorable stories —Paul Pickrel⟩; as (1) **:** a cluster of islands ⟨the ~ consists of four tiny islands⟩ ⟨contemplated the investigation of the South Sandwich ~ —R.N.Rudmose-Brown⟩ (2) **:** a cluster of hits on a target fired with the same sight setting and the same point of aim **3 :** a number of individuals bound together by a community of interest, purpose, or function; as **a** (1) **:** a social unit comprising individuals in continuous contact through intercommunication and shared participation in activities toward some commonly accepted end — see PRIMARY GROUP, SECONDARY GROUP (2) **:** CLASS 1a ⟨a government representative of all the great social ~*s*⟩ ⟨a small ~ of wealthy families virtually governed the province⟩ (3) **:** a relatively small number of persons associated formally or informally for a common end or drawn together through an affinity of views or interests **:** CIRCLE ⟨a dance ~⟩ ⟨a study ~⟩ ⟨a stamp ~⟩ ⟨a vanguard ~ of artists⟩ ⟨there grew up in the universities a ~ called the "New Critics" —F.O.Baker⟩ **b :** a number of students taking part in the same educational or extracurricular activities **:** CLASS 2b **c :** a combination of persons who are usu. employees of a single employer and are covered by a blanket or single insurance policy **d :** a combination of elected parliamentary representatives bound together by a common program or by a general identity of political views — used esp. of a grouping in the French National Assembly **e :** a combination of companies or other enterprises having interlocking interests or a single owner or management **:** SYNDICATE, TRUST, CHAIN ⟨vary in size from two-paper ~*s* to one which includes 20 papers —F.L.Mott⟩ ⟨the powerful hydroelectric ~⟩ **f** (1) **:** an administrative and tactical military unit consisting of a headquarters and two or more battalions not a permanent organic part of the group (2) **:** a unit of an echelon of the U.S. Air Force higher than a squadron and lower than a wing and composed of a headquarters and two or more squadrons **g :** the basic program unit of Camp Fire Girls consisting of no more than 20 Blue Bird members or camp fire girls and no more than 30 members in a Horizon Club plus a leader and often an assistant leader **4 a :** an assemblage of related organisms ⟨the A ~ of beta hemolytic streptococci⟩ — often used to avoid taxonomic connotations when the kind or degree of relationship is not clearly defined **b** (1) **:** an assemblage of atoms forming part of a molecule **:** RADICAL ⟨a methyl ~ ($CH_3$)⟩ ⟨the alcohol ~ (OH)⟩ — compare LIGAND (2) **:** an assemblage of elements forming one of the vertical columns of the periodic table **c** (1) **:** a stratigraphic division of the first order comprising the rocks deposited during an era — used in the system of nomenclature adopted by the International Geological Congress (2) **:** a stratigraphic division composed of two or more named formations — used in the system of nomenclature of the U.S. Geological Survey (3) **:** a consecutive series of beds or assemblage of related igneous rocks (4) **:** GREAT SOIL GROUP **d :** a syllable or series of syllables uttered with a single primary or quasi-primary stress **:** STRESS-GROUP **e :** a set of three or more cards of the same rank in the game of rummy **5 :** a mathematical aggregate in which the product of two elements is an element of the aggregate

[2]**group** \"\ *vb* -ED/-ING/-S [F *grouper* to group, fr. *groupe*, n.] *vt* **1 :** to form a group of **:** CLUSTER ⟨nine tennis courts are ~*ed* at one end of the field —*Bull. of Bates Coll.*⟩ ⟨with the other . . . pilots ~*ed* around him —Ed Cunningham⟩ **2 a :** to combine in a group or in groups **:** assign to a group **:** CLASSIFY ⟨the large class of barbaric ideas ~*ed* under sympathetic magic —Edward Clodd⟩ ⟨her mind was busily assorting and ~*ing* the faces before her —Ellen Glasgow⟩ ⟨~*ing* liberty of the press with trial by jury —Zechariah Chafee⟩; *specif* **:** to determine the blood group of ⟨after the patient and donor have been ~*ed* —R.L.Haden⟩ **b :** to arrange (as figures) in an artistic composition with regard to the aesthetic effect ⟨an oil painting . . . over the fire: horsemen ~*ed* apprehensively at midnight —Elizabeth Bowen⟩ ~ *vi* **1 :** to form a group **:** become a member of a group **:** BELONG, HARMONIZE ⟨he ~*s* with Tennyson and Spenser in contrast to Shakespeare and Donne —F.R.Leavis⟩ **2 :** to make well-defined groups of hits on a target

[3]**group** \"\ *adj* **1 :** of or relating to a group **:** belonging to or shared by the members of a group as a whole **:** COLLECTIVE ⟨an individual is not responsible for ~ acts⟩ ⟨a sad absence of ~ awareness —Julian Huxley⟩ ⟨~ discussion⟩ **2 :** constituting a unit of syntax composed of a word group ⟨*to be in need of* meaning "to need" is a ~ verb⟩ ⟨*impossible-to-be-realized* in "an impossible-to-be-realized wish" is a ~ adjunct⟩ ⟨*man of honor's* in "a man of honor's word" is a ~ genitive⟩

**group agglutination** *n* **:** CROSS AGGLUTINATION

**group analysis** *n* **:** the application of psychoanalysis to group psychotherapy

**group annuity** *n* **:** a pension plan providing annuities at retirement for all eligible persons under a single master contract usu. issued to an employer for the benefit of employees

**group banking** *n* **:** a system of control over two or more commercial banks by a holding company

**group bonus** *n* **:** an incentive wage divided among a number of workers cooperating on a task in proportion to time worked and rank held by each

**group captain** *n* **:** an officer (as in the British Royal Air Force) equivalent in rank to a colonel in the army

**group dynamics** *n pl but often sing in constr* **1 :** the forces and processes of interaction operating within a relatively small human group **2 :** the study of the forces and processes operating within a relatively small human group esp. within the theoretical framework of the view that the group is a sociological whole with dynamic properties of its own (as organization, stability, and goals) which can be objectively analyzed and accurately measured

**grouped columns** *n pl* **:** three or more columns placed upon the same pedestal or otherwise closely associated

[1]**grou·per** \'grüpə(r)\ *n, pl* **groupers** *also* **grouper** [Pg *garoupa*, prob. of AmerInd origin; akin to Galibi *croupy*, a species of fish] **1 :** any of numerous fishes of the family Serranidae esp. of the genera *Epinephelus* and *Mycteroperca* that are typically solitary bottom fishes of warm seas and sometimes attain immense size — compare CABRILLA, HIND **2 :** TRIPLETAIL **3 :** any of several rockfishes (family Scorpaenidae)

[2]**group·er** \"\ *n* -S *usu cap* [Oxford *Group* + E *-er*] **:** a member of the Oxford Group **:** BUCHMANITE

**group house** *n* **:** ROW HOUSE

**grouping** *n* -S **1 :** the act, manner, or an instance of placing in groups ⟨~ should be considered by teachers . . . and administrators as primarily an instructional problem —Helen Heffernan⟩ ⟨achieve with ~ and composition . . . the impression of a great painting —*Ency. Britannica*⟩ ⟨the ~*s* of fact and argument and illustration so as to produce a cumulative and mass effect —B.N.Cardozo⟩ **2 a :** an assemblage of individuals grouped in a certain manner (as for utility or artistic effect) or naturally forming a distinct pattern or configuration ⟨jewelry designed to grow in size from a single diamond to a magnificent ~ of diamonds —*Jewelers' Circular-Keystone*⟩ ⟨a new type of population ~ . . . seen wherever a constellation of towns is clustered around a dominating metropolitan center —F.A.Ogg & P.O.Ray⟩ ⟨word ~*s* peculiar to advertising —W.H.Whyte⟩ ⟨the almost inevitable Vermont ~ of Civil War monument, cannon, and bandstand —*Amer. Guide Series: Vt.*⟩ **b :** pattern of organization or relationship **:** ALIGNMENT ⟨strict party lines were being replaced by sectional ~*s* —C.H.Lincoln⟩ ⟨clannish in their internal ~*s*, they are divided into many organizations —*Amer. Guide Series: Mich.*⟩ **c :** an assemblage of like individuals **:** GROUP ⟨the writings . . . fall into five well-defined ~*s* —E.M.Hinton⟩

**group insurance** *n* **:** insurance issued upon a group of persons under a single or blanket policy — compare GROUP LIFE INSURANCE

**group·ism** \'grü,pizəm\ *n* -S **:** the tendency to think and act as members of a group **:** the tendency to conform to the cultural pattern of a group at the expense of individualism and cultural diversity ⟨~ . . . rests not on obvious group emergencies but on the vague disquietude of lonely individuals —David Riesman⟩

**group·let** \'grüplət\ *n* -S **:** a small group

**group life insurance** *n* **:** insurance upon the lives of a number of persons under a blanket policy without medical examination and at low cost

**group marriage** *n* **1 :** COMMUNAL MARRIAGE **2 :** a system wherein common marital relations exist between a definite group of men and a definite group of women — compare PIRRAURA, PUNALUA

**group·ment** \'grüpmənt\ *n* -S [F *groupement*, fr. *grouper* to group + *-ment* — more at GROUP] **:** GROUP; *esp* **:** a group of military units

**group mind** *n* **1 :** the beliefs and desires common to a social group as a whole **2 :** a hypothetical psychic unity or collective consciousness of a group of individuals

**group practice** *also* **group medicine** *n* **:** medicine practiced by a group of associated physicians (as specialists in different fields) working as partners or as partners and employees

**group psychotherapy** *n* **:** psychotherapy in which directive, inspirational, didactic, or analytic means are employed to bring about favorable personality changes in a group of patients; *esp* **:** psychotherapy in which a therapist leads or guides a group of emotionally ill patients in a discussion and sharing of their personal problems designed to promote relief from emotional conflict and tension and further social adjustment

**group rate** *n* **:** a uniform rate charged to or from any one of a group or block of points within a given territory — called also *blanket rate, block rate*

**groups** *pl of* GROUP, *pres 3d sing of* GROUP

**group-specific** \'==¦==\ *adj* **:** having a specific relation to a particular blood group — used of polysaccharides found in red blood cells, tissues, and body fluids and usu. also in bodily discharges; compare ISOHEMAGGLUTINOGEN, NONSECRETOR, SECRETOR

**group test** *n* **:** a mental or achievement test (as the Army General Classification Test) designed to be administered to many individuals at once

**group therapist** *n* **:** a person who conducts group psychotherapy

**group therapy** *n* **1 :** therapy in which patients with the same diagnosis (as obesity) are brought together to share their difficulties in group discussions designed to build morale and stimulate interest **2 :** GROUP PSYCHOTHERAPY

**group velocity** *n* **:** the velocity with which some definite peculiarity of a composite wave train (as an interference maximum) advances through a medium — compare PHASE VELOCITY

**group·wise** \'grüp,wīz\ *adv* **:** with reference to the group **:** as a group ⟨the problem . . . is to help people see themselves and others ~ —Martin Chworowsky⟩

**group work** *n* **:** a technique within the field of social work wherein various groups (as educational and recreational) are guided by an agency leader to more effective personal adjustment and community participation

[1]**grouse** \'graủs\ *n, pl* **grouse** *or* **grous·es** [origin unknown] **1 a :** any of numerous birds that constitute the family Tetraonidae, are mostly of medium to rather large size, have a plump body, strong feathered legs, and plumage less brilliant than that of pheasants and generally with reddish brown or other protective color, and include numerous important game birds (as the capercaillie, black grouse, and hazel hen of Europe and Asia or the ruffed grouse, prairie chicken, sage grouse, and others of America) **b** *Brit* **:** RED GROUSE **2 :** GAZELLE 2

[2]**grouse** \"\ *vi* -ED/-ING/-S **:** to seek or shoot grouse

[3]**grouse** \"\ *vi* -ED/-ING/-S [origin unknown] **:** to complain typically with sustained grumbling ⟨people ~ about excessive taxation, rationing —*Atlantic*⟩ **syn** see COMPLAIN

[4]**grouse** \"\ *n* -S **:** COMPLAINT, GROUCH ⟨a temporary outlet for ~*s* against the party in power —Mollie Panter-Downes⟩

**grouse·ber·ry** \'graủs- —*see* BERRY\ *n* **1 :** CHECKERBERRY 1a **2** *also* **grouse whortleberry :** a blueberry (*Vaccinium scoparium*)

**grouse disease** *n* **:** an infectious disease of grouse characterized by hoarseness, cyanosis of the conjunctiva, emaciation, and quick tiring on flying

**grouse·less** \'graủsləs\ *adj* [[1]*grouse* + *-less*] **:** having no grouse

**grouse locust** *n* **:** a grasshopper of the family Tetrigidae

[1]**grou·ser** \'graủzə(r)\ *n* -S [origin unknown] **1 :** a heavy pointed timber thrust down to serve as an anchor for a floating dredge or similar machine **2 :** one of a set of cleats on a tractor wheel or track for increasing traction

[2]**grous·er** \'graủsə(r)\ *n* -S [[3]*grouse* + *-er*] **:** a person who grouses; *specif* **:** one who habitually complains or grumbles

[1]**grout** \'graủt, *usu* -aủd·+V\ *n* -S [ME, fr. OE *grut*; akin to MD *grūte* malt, dregs, MHG *grūz* grain, sand, OE *grytt* grit — more at GRIT (coarse meal)] **1** *archaic* **a :** coarse meal **:** hulled grain **b grouts** *pl* **:** OATS **2** *now dial Eng* **a :** a malt infusion before or during fermentation **b :** SMALL BEER **3** *archaic* **:** porridge of grout or groats **4 :** LEES, DREGS, GROUNDS **5 a** (1) **:** thin mortar fluid enough to be poured and used for filling in spaces (as the joints of masonry, brickwork, brick or stone block pavements, forced under pressure as into prepacked graded stone to form concrete, into fissures in foundation rock, into railroad ballast or the subgrade, or into the space between tunnel lining and the surrounding earth) (2) **:** material used for a similar purpose; *specif* **:** a mixture of portland cement and water applied under pressure during oil-well drilling to prevent contamination of the oil by sealing off undesirable fluids and also to provide a protective wall around the metal casing **b** (1) **:** a coarse plaster or cement used for coating the wall of a building and usu. studded with small stones after application (2) **:** a fine plaster or cement used for finishing ceilings **c :** CONCRETE [illegible]

[2]**grout** \"\ *vt* -ED/-ING/-S **:** to fill up or finish with or as with grout ⟨the material used in sealing or ~*ing* them [illegible] *Dept. Technical Manual*⟩

[3]**grout** \"\ *vi* -ED/-ING/-S [perh. alter. of obs. E [illegible] dry earth, soil, fr. ME *grut* mud, earth; akin to OE [illegible] *grēot* grit, sand, earth — more at GRIT (sand)] [illegible] GRUB ⟨~*ing* in the grass —Virginia Woolf⟩

**grout·er** \'graủd·ə(r), -aủtə-\ *n* -S [[2]*grout* + *-er*] **1 :** [illegible] machine for grouting joints **2 :** a worker who [illegible] grouter

**grouting** *n* -S **1 :** the process of applying or using [illegible] flowing it into place by gravity or under pressure **2 :** [illegible]

**grout·ite** \'graủd·,īt\ *n* -S [Frank F. *Grout* †1958 Am. [illegible]gist and mineralogist + E *-ite*] **:** a mineral HMnO₂ [illegible] of manganese, hydrogen, and oxygen, polymorphous [illegible] manganite, and belonging to the diaspore group

**grout·man** \'graủtmən, -,man\ *n, pl* **groutmen :** a worker [illegible] mixes grout and fills the joints between pavement [illegible] bricks

**grouty** \'graủd·ē\ *adj* -ER/-EST [perh. fr. [1]*grout* + *-y*] [illegible] SULKY, SULLEN ⟨those old warrior-priests were but [illegible] at the best —Herman Melville⟩ ⟨~, bad-tempered, and [illegible] Al Newman⟩

**grouze** \'graủz\ *vt* -ED/-ING/-S [perh. of imit. origin] [illegible] **:** to chew or crunch noisily

[1]**grove** \'grōv\ *n* -S [ME, fr. OE *grāf*; akin to OE [illegible] thicket, and perh. to Norw *greivla* to branch out] **1** [illegible] smaller group of trees than a forest often without [illegible] and planted or growing naturally as if arranged [illegible] wood of small extent ⟨a picnic ~⟩ **b** (1) **:** a planting of [illegible] nut trees **:** ORCHARD ⟨a pecan ~⟩ ⟨a coffee ~⟩ [illegible] planting of citrus trees ⟨an orange ~⟩ (2) **:** BED [illegible] **2 :** a group resembling a grove ⟨had already set up [illegible] little shelter tents —John Buchan⟩

[2]**grove** \"\ *dial Eng var of* GRAVE

[3]**grove** \"\ *dial Brit var of* GROOVE

**grov·el** \'grävəl, 'grəv-\ *vi* **groveled** *or* **grovelled**; [illegible] *or* **grovelled**; **groveling** *or* **grovelling** \-v(ə)liŋ\ [illegible] [back-formation fr. [2]*groveling*] **1 :** to creep on the [illegible] with the face to the ground as one's natural gait or [illegible] locomotion **:** CRAWL ⟨vampires can walk, rather than [illegible] other bats —R.L.Ditmars & A.M.Greenhall⟩ **2 :** [illegible] prone, go down on one's knees with the head bent [illegible] oneself along with the body prostrate esp. in token of [illegible] plete subservience or abasement or as an act of humility [illegible] ⟨~*ed* across the floor to kiss the feet of the sultan [illegible] **b :** to abase or humble oneself **:** display servility [illegible] **:** CRINGE ⟨he ~*s* and is polite to me —O.W.Holmes [illegible] in proud self-abasement —V.L.Parrington⟩ **3 :** [illegible] delight in or give oneself over to what is base or [illegible] **:** WALLOW ⟨here is the petty official ~*ing* in sentiment [illegible] James Stern⟩ **syn** see WALLOW

**grov·el·er** *or* **grov·el·ler** \-v(ə)lə(r)\ *n* -S **:** a person who grovels

**grove·less** \'grōvləs\ *adj* **:** devoid of groves

[1]**grov·el·ing** *or* **grov·el·ling** \'gräv(ə)liŋ, 'grəv-\ *or* **grov·el·ings** *or* **grov·el·lings** \-ŋz\ *adv* [ME *groveling*, [illegible] *grovelings, gruflinges*, fr. *gruf, groffe*, adv., on the face [illegible] (fr. ON *ā grūfu*) + *-ling, -lings*; akin to ON *grūfa* [illegible] *krjūpa* to creep — more at ON, CREEP] *archaic* **:** in [illegible] position

[2]**groveling** *or* **grovelling** \"\ *adj* **1 a :** having the [illegible] body on or toward the ground **:** not upright **:** PRONE [illegible] creatures of the woods and fields⟩ **b :** having a creeping [illegible] crawling gait or locomotion ⟨the dominant creatures [illegible] Cambrian seas were the . . . ~ arthropods —C.O.[illegible]⟩ **2 a :** ABJECT, SERVILE, CRINGING ⟨at once ~ and arrogant [illegible] most peculiar fashion —Louis Bromfield⟩ ⟨without [illegible] appeal for sympathy —Anthony West⟩ **b :** LOW, [illegible] ever entertained so ~ a thought —Henry Fielding⟩

**grov·el·ing·ly** *or* **grov·el·ling·ly** *adv* **:** in a groveling [illegible]

**grovy** \'grōvē\ *adj* -ER/-EST **:** relating to or resembling [illegible] **:** situated in or frequenting groves

**grow** \'grō\ *vb* **grew** \'grü\ *also dial* **growed** \'grōd\ [illegible] \'grōn\ *also dial* **growed**; **growing**; **grows** [ME [illegible] OE *grōwan*; akin to OHG *gruoen, gruowan* to grow, ON [illegible] *vi* **1 a :** to spring up and come to maturity **:** have [illegible] animal life **:** exist as a living organism or one of its [illegible] specified place **:** exist as native **:** THRIVE ⟨some plants [illegible] ~ in sandy soils⟩ ⟨the mosquitoes . . . ~ in the swamps [illegible] marshy areas —Morris Fishbein⟩ ⟨unsightly hair ~ [illegible] face⟩ ⟨immense beds of oysters ~ in the harbor [illegible] Mitchell⟩ ⟨rice ~*s* in warm countries⟩ **b :** to issue or [illegible] attached by or as if by a process of natural growth [illegible] with wings ~*ing* from his shoulders⟩ ⟨a plant ~*ing* [illegible] rock⟩ ⟨the vines *grew* together, concealing the naked [illegible] **2 a :** to develop by natural processes: as (1) **:** to increase [illegible] size or substance by assimilation of new matter into the [illegible] organism ⟨the tree *grew* to an immense size⟩ ⟨the child [illegible] ~*ing* at an early age⟩ (2) **:** to increase in size by a [illegible] inorganic process whereby material is added to the surface [illegible] such a way as to continue the established regular [illegible] structure ⟨crystals, as well as plants, ~ —E.S.Dana⟩ [illegible] increase in any way **:** EXPAND, GAIN ⟨the wealth and [illegible] the republic *grew*⟩ ⟨the city *grew* by leaps and bounds [illegible] saw making the woodpile ~ —Meridel Le Sueur⟩ [illegible] wisdom⟩; *specif* **:** to advance intellectually or morally [illegible] is still ~*ing* and helping others to ~ —H.A.Larrabee [illegible] subject should enable . . . the college student to ~ on [illegible] levels —Marion F. Stewart⟩ **3 a :** RESULT, ORIGINATE [illegible] of important business connections have *grown* from [illegible] between our wives and wives of executives of other [illegible] —W.H.Whyte⟩ — usu. used with *out* ⟨a smile of [illegible] credulity which *grew* out of . . . ignorance —H.J.Laski⟩ [illegible] come into existence **:** become established **:** ARISE ⟨the [illegible] settlement . . . had *grown* on the Canberra site [illegible] King⟩ — often used with *up* ⟨a wicked practice had grown [illegible] ⟨a troublesome situation has *grown* up⟩ **4 a :** [illegible] degrees into a state or condition **:** come to be [illegible] degrees **:** BECOME ⟨*grew* pale at the sight⟩ ⟨have grown [illegible] her⟩ ⟨*grew* bald⟩ ⟨the amount of land per person [illegible] constantly less —W.P.Webb⟩ ⟨his cold *grew* into pneumonia [illegible] **b** *obs* **:** to come gradually or by degrees ⟨~ this to [illegible] verse issue it can, I will put it in practice —Shak.⟩ [illegible] obtain an increasing influence or command — used [illegible] or *upon* ⟨a bad habit ~*s* on a man⟩ (2) *obs* **:** PRESUME [illegible] gain steadily in interest or attraction or in one's [illegible] estimation ⟨this seemingly artless music . . . ~*s* and [illegible] more we listen —Roland Gelatt⟩ ⟨his poetry ~*s* in one's [illegible] — Delmore Schwartz⟩ — usu. used with *on* or *upon* [illegible] were the kind that ~ on a man —Fred Majdalany⟩ [illegible] *ship's cable* **:** to stretch out **:** TEND, LEAD ~ *vt* **1 a :** [illegible] grow **:** CULTIVATE, PRODUCE ⟨~ a crop⟩ ⟨~ [illegible] calves⟩ ⟨this cheese was *grown* . . . in Nottingham [illegible] Joyce Warren⟩ ⟨Algeria ~*s* good wines —A.J.[illegible]⟩ **b :** to let grow on the body **:** develop on the body [illegible] ~ a beard⟩ ⟨this prehistoric animal *grew* a thick [illegible] covering⟩ **2 :** to cover or surround with vegetation [illegible] specified kind ⟨all *grown* up to . . . bushes and [illegible] Dorothy C. Fisher⟩ ⟨*grown* up with cottonwood and [illegible] Corey Ford⟩ ⟨the house that was . . . *grown* about with [illegible] —Donn Byrne⟩ **3 :** DEVELOP 7 ⟨~*s* a craving to tell [illegible] what he thinks of it —*Spectator*⟩ — **grow on trees** [illegible] plentiful as to be easily acquired ⟨I was at Tours, [illegible] girls *grew on trees* —K.S.Alling⟩ ⟨good jobs don't grow on *trees* —James Jones⟩

**grow·able** \'grōəbəl\ *adj* **:** capable of being grown

**grow·er** \-ō(ə)r, -ōə\ *n* -S **1 :** one that grows esp. in a [illegible] way ⟨those trees are fast ~*s*⟩ **2 :** a person who [illegible] specified fruit or other product ⟨a trading center for [illegible] ⟨a supply point for livestock ~*s*⟩

**growing** *adj* **1 :** characterized by or displaying [illegible] animal life ⟨a broad window framed in ~ philodendron [illegible] *Monsanto Mag.*⟩ **2 :** increasing esp. in number, size, or [illegible] ⟨~ evidence of a world depression —D.M.Fisher⟩ [illegible] reputation for persuasive oratory⟩ ⟨made no attempt [illegible] the whole of a ~ subject —Harvey Graham⟩ **3 :** relating [illegible] suitable for growth ⟨the ~ season for corn⟩ ⟨good ~ [illegible] — **grow·ing·ly** *adv*

# EXHIBIT B

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN-13: 978-0-87779-201-7 (buckram)
ISBN-10: 0-87779-201-1 (buckram)
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5455QKY0605

english plantain 753 enjambment

**english plantain** n, usu cap E : a ribgrass (Plantago lanceolata)

**english pool** n, usu cap E : a pool game in which each player uses the colored balls which he uses as cue ball and shoots at the color next in a fixed order, being put out of the game when his ball is pocketed three times — called also

**english primrose** n, usu cap E : a low-growing perennial primrose (Primula vulgaris) that is widely cultivated and which in the wild is usu. single, solitary, early bloom but has developed many divergent forms and colors

**english rabbit** or **english spotted** n, usu cap E : a breed of domestic rabbits having distinctive dark markings

**english red** n 1 usu cap E : an iron-oxide pigment 2 often : a dark reddish orange to strong brown that is ... than ferruginous — called also Forest of Dean red, ... COLCOTHAR 2 c : GOYA

**english rite** n, usu cap E & often cap R : YORK RITE

**english robin** n, usu cap E : ROBIN 1a

**englishry** \-shrē, -ri\ n -ES usu cap [ME englisherie, englishrie, ... -erie, -rie -ry] 1 : the state or fact of being of English birth 2 : people of English descent esp. in Ireland ... English ways (as of speech or conduct); also : bias toward English ways

**english ryegrass** n, usu cap E : PERENNIAL RYEGRASS

**english saddle** n, usu cap E : a saddle with long side bars, cantle and pommel, no horn, and leather seat supported by webbing stretched between the saddlebow and cantle — called also English cavalry saddle

English saddle

**english saxon** n, cap E & S, obs : ANGLO-SAXON

**english setter** n 1 usu cap E&S : a breed of bird dogs characterized by a silky coat that is flat, moderately long, and white or white with color (as black, lemon, or orange) and by feathering on the tail and legs, a long moderately domed skull with marked stop, a height of 21 to 23 inches, and a weight when in condition of 35 to 55 pounds 2 usu cap E : any dog of the English Setter breed

**english shepherd** n 1 usu cap E&S : a breed of vigorous medium-sized working dogs with a long and glossy black coat with tan to brown or sometimes white markings that was developed in England chiefly for herding sheep and cattle 2 usu cap E : a dog of the English Shepherd breed

**english snipe** n, usu cap E : WILSON'S SNIPE

**english sole** n, usu cap E 1 : an important pale brown market flatfish (Parophrys vetulus) of the Pacific coast of No. America distinguished by a projecting snout 2 : PETRALE SOLE

**english sonnet** n, usu cap E : a sonnet in which the lines are grouped into three quatrains and a couplet and the rhyme scheme is abab, cdcd, efef, gg

**english sparrow** n, usu cap E : HOUSE SPARROW

**english springer** also **english springer spaniel** n, usu cap E : a springer spaniel of a breed supposed to have originated in Spain characterized by deep-bodied muscular build with weight to 45 pounds when in good condition and a moderately long straight or slightly wavy silky coat of typically black and white hair

**english system** n, usu cap E : BRADFORD SYSTEM

**english thistle** n, usu cap E : WILD TEASEL

**english toy spaniel** n 1 usu cap E&T&S : a breed of small blocky spaniels of English origin with well-rounded upper skull projecting forward toward the short turned-up nose — see BLENHEIM SPANIEL, KING CHARLES SPANIEL, RUBY SPANIEL 2 usu cap E : any dog of the English Toy Spaniel breed

**english turbot** n, usu cap E : WINDOWPANE 2

**english vermilion** n, often cap E 1 : GOYA 2 : VERMILION 1a; esp : a pigment of a light brilliant shade

**english violet** n, usu cap E : SWEET VIOLET

**english wallflower** n, usu cap E : a short-lived perennial wallflower (Cheiranthus cheiri) with white, yellow, brown, or reddish to purplish single or double flowers

**english walnut** n, usu cap E 1 : a Eurasian walnut (Juglans regia) that is valued for its large edible nut and its hard richly figured wood — called also Circassian walnut, French walnut, Persian walnut 2 a : the fruit of the English walnut b : CIRCASSIAN WALNUT 1

**english wheat** n, usu cap E : POULARD WHEAT

**english white** n, usu cap E : whiting used as a pigment

**englishwoman** \'==,==\ n, pl englishwomen usu cap [ME, fr. english + woman] : a woman of English birth, nationality, or origin

**english yew** n, usu cap E : a large evergreen tree (Taxus baccata) that is native to Eurasia and northern Africa but cosmopolitan in cultivation and is the chief source of yew lumber — called also European yew

**en·globe** \ən'glōb, en-\ vt [¹en- + globe, n.] 1 : to enclose in or as if in a globe 2 : INGEST ⟨bacteria englobed by leukocytes⟩ — **en·globe·ment** \-mənt\ n -s

**¹en·glut** \ən'glət, en-\ vt [MF engloutir, fr. LL ingluttire, fr. L in + gluttire to swallow — more at GLUTTON] : to gulp down : SWALLOW

**²englut** \"\ vt [¹en- + glut, v.] archaic : to satiate or surfeit esp. with food or pleasure

**eng·lyn** \'eŋlən\ n, pl englyns \-nz\ also **englyn·ion** \eŋ'lən,yän\ [W] : a usu. epigrammatic quatrain in Welsh poetry consisting of 30 syllables in lines of 10, 6, 7, and 7 syllables, the last three lines rhyming usu. with the 6th syllable of the first line whose final syllable has no rhyme

**en·gobe** \(')än¦gōb\ n -s [F, fr. engober to cover with slip, fr. en- ¹en- + gober to swallow, gulp down; akin to OF gobet mouthful, bite, piece — more at GOBBET] : white or colored slip applied to pottery usu. for decoration or to improve the surface texture

**en·gore** \ən, en+\ vt [¹en- + gore, n.] : to make bloody : dabble or stain with blood

**en·gorge** \ən, en+\ vb [MF engorgier to feed to repletion, devour, fr. OF, to devour, fr. en- ¹en- + gorge throat — more at GORGE] vt 1 : GORGE, GLUT: as a : to feed (as oneself or an animal) to repletion ⟨a working horse should not be engorged on the weekend⟩ b : to fill with blood to the point of congestion — usu. used in passive ⟨the gastric mucosa was greatly engorged⟩ 2 : to swallow with greediness : DEVOUR, ENGULF ~ vi 1 : to feed with eagerness or voracity 2 of a bloodsucking invertebrate : to feed on blood to the limit of body capacity ⟨larvae which had engorged . . . previously on an infected guinea pig, transmitted a fatal infection —Jour. of Infectious Diseases⟩

**en·gorge·ment** \"mənt\ n -s [obs. F engorgement action of devouring & F engorgement congestion, fr. MF engorgement action of devouring, fr. engorgier + -ment] 1 : the act of engorging or state of being engorged 2 : overfullness of the vessels of some part of the body ⟨~ of the breast⟩ : CONGESTION, HYPEREMIA

**engorgement colic** n : colic in horses caused by the ingestion of excessive quantities of food, too rapid eating, or the failure of the stomach to pass the food on into the intestines

**en·gou·lée** also **en·gou·lé** \äⁿgü'lā\ or **en·gouled** \(')än¦güld\ adj [engoulée fr. F, fem. of engoulé, fr. past part. of engouler to swallow up, fr. OF engoler, fr. en- ¹en- + gole throat, mouth, fr. L gula throat; engoulé fr. F, fr. past part. of engouler; engouled modif. (influenced by E -ed) of F engoulé — more at GLUTTON]

ENGRAILED b : to ornament esp. with a pattern indented on the edge 2 obs : to carve in intaglio 3 a obs : ROUGHEN b : to cause to appear serrated ⟨a scene ~d by three tall peaks⟩

**engrailed** adj [ME engreled, fr. engrelen + -ed] 1 : indented at the edge with small concave curves ⟨an ~ heraldic bordure⟩ 2 : made of raised dots ⟨an ~ circle on a coin⟩ : bordered by a circle of raised dots ⟨an ~ coin⟩

**en·grain** \ən'grān, (')en¦g-\ vt [ME engreinen, fr. ¹en- + grain, grein kermes; in senses 2 and 3 influenced in meaning by E grain texture — more at GRAIN] 1 obs : to dye with kermes or cochineal or a fast color 2 : INGRAIN 2 ⟨his swart forefinger, deeply ~ed with gunpowder —Charles Dickens⟩ ⟨Judaism, Catholicism, and Protestantism are too deeply ~ed in the habits of men to be superseded by some newfangled religious institution —S.P.Lamprecht⟩ 3 : to color in imitation of the grain of the wood — compare GRAIN vt 3

**en·grained** \-nd\ adj [fr. past part. of engrain] : deeply incorporated or infused : DEEP-DYED — **en·grained·ly** \-n(ə)dlē, -li\ adv

**en·gram** also **en·gramme** \'en,gram, 'eŋ,g-\ n -s [ISV ²en- + -gram; orig. formed as G engramm] : a memory trace; specif : a protoplasmic change in neural tissue hypothesized to account for the persistence of memory — **en·gram·mic** \(')=-¦gramik\ adj

**en·gran·dize** \ən'gra(a)n,dīz, en-; 'engrən-, 'eŋgrən-\ or **in·gran·dize** \ən'gra(a)n-\ vt -ED/-ING/-S [modif. (influenced by -ize) of obs. F engrandiss-, stem of engrandir, fr. OF, fr. en- ¹en- + grant, grand great, large — more at GRAND] : to make great or grandiose

**en·gran·dize·ment** \ən'gra(a)ndəzmənt, en-, -,dīz-; 'en-,gra(a)n,dīz-, ,en,gra(a)n'dīz-\ n -s : an act of engrandizing or the state of being engrandized

**en·grau·li·dae** \en'grȯlə,dē\ n pl, cap [NL, fr. Engraulis, type genus (fr. Gk engraulis anchovy) + -idae] : a family of small fishes related to the herrings and comprising the anchovies

**en·grave** \ən'grāv, en-\ vb **engraved** \-vd\ **engraved** \"\ or archaic **en·grav·en** \-vən\ **engraving; engraves** [MF engraver, fr. en- ¹en- + graver to engrave, of Gmc origin; akin to OHG graban to dig; E engrave influenced in inflection (note past part. engraven) by grave, v. — more at GRAVE (v.)] vt 1 a : to produce (as letters, figures, or devices) by means of incised lines, spaces, or points ⟨~ an inscription on stone⟩ b : to impress deeply : infix as if with a graver ⟨~ principles in men's minds —John Locke †1704⟩ 2 a : to cut upon (as wood, stone, or metal) with a graving instrument in order to form an inscription or pictorial representation either of the incised lines, spaces, or points (as in copperplate engraving) or of the surface left in relief (as in wood engraving) b : to incise (a metal plate or wooden surface) for the purpose of printing therefrom ⟨engraved the plates for a new series of banknotes⟩ c : to print from an engraved plate ⟨an engraved calling card⟩ — used esp. when raised printing results d : PHOTOENGRAVE 3 obs : to represent (as a scene) in sculpture ~ vi 1 : to make engravings ⟨busily engraving on wood⟩ 2 : to be suitable for engraving ⟨that clear classic profile would ~ well⟩

**engraved** adj [fr. past part. of engrave] : having the surface marked or ornamented with impressed lines — used esp. of the hard exterior coverings of certain insects

**engraved glass** n : glass ornamented with intaglio cutting that is usu. left unpolished — compare CUT GLASS

**en·grave·ment** \-vmənt\ n -s : ENGRAVING

**engraven** vt [by alter.] obs : ENGRAVE

**engrav·er** \ən'grāvə(r), en-\ n -s 1 : one that engraves; esp : one whose work is the production of engraving (as on silverware or on plates for use in printing) by hand or mechanical processes 2 a : PHOTOENGRAVER b : ENGRAVER BEETLE — usu. used in combination ⟨fir ~s⟩

**engraver beetle** n : any of numerous bark beetles that make furrows often arranged in specific patterns in the wood of trees under the bark; esp : a beetle of Scolytus or a related genus that lives chiefly on young trees — compare DENDROCTONUS

**engraver's block** n : a heavy metal turntable with clamps for securing articles to be engraved

**engravery** n -ES [engrave + -ery] obs : ENGRAVING

**engraving** n -s [fr. gerund of engrave] 1 : the act or process of one that engraves — compare ANAGLYPTOGRAPH, ANASTATIC, DRYPOINT, MEZZOTINT, XYLOGRAPHY; ETCHING 2 : something that is engraved: as a : an engraved printing surface ⟨prepared the ~s for the new banknotes⟩ b : engraved work ⟨decorated with delicate ~⟩ 3 : a print or impression from an engraved printing surface

**engreaten** vt [¹en- + great, adj. + -en] obs : to make great

**en·groove** \ən'grüv, en-\ vt [¹en- + groove, n.] : to fit or form into a groove

**en·gross** \ən'grōs, en-\ vt -ED/-ING/-ES [in sense 1, fr. ME engrossen, fr. AF engrosser, prob. fr. ML ingrossare, fr. L in + ML grossa engrossment (of a document), fr. L, fem. of grossus thick; in sense 2, fr. ME engrosen, engrossen, fr. MF en gros in large quantities, at wholesale, fr. OF, fr. en (fr. L in) + gros whole quantity, fr. gros thick, plentiful, fr. L grossus; in sense 3, fr. ME engrosen, alter. of ingrossen, fr. ML ingrossare, fr. L in + grossus thick — more at GROSS] 1 a : to copy or write in a large hand : write a fair copy of in a hand formerly used in formal documents, derived from the court hand, and nearly illegible to all but experts or now usu. in a distinct and legible hand b obs : to inscribe the name of : include in a list : NAME c : to prepare the text of (a bill, resolution, treaty, or other official document) by whatever process (as handwriting or printing) may be officially permitted or prescribed; specif : to prepare the text of (a bill) for the third reading in a legislature — distinguished from enroll 2 a : to purchase either the whole or large quantities of (commodities) so as to control the market, enhance the price, and make a monopoly profit b : to obtain control of (a market) in this way — compare FORESTALL, REGRATE c obs : AMASS, COLLECT d : to take or assume to the exclusion of others : concentrate in one's possession : take the whole of ⟨a few families ~ed the power of the state⟩ ⟨the new customer ~ed his attention⟩ 3 a obs : to make dense, thick, or large : increase in bulk or quantity : THICKEN b archaic : to render gross in body or mind syn see MONOPOLIZE

**en·grossed** \-st\ adj [fr. past part. of engross] 1 : completely occupied or absorbed ⟨~ in her humble task⟩ ⟨an ~ look of rapt delight⟩ 2 : PREOCCUPIED ⟨answered briefly without raising her ~ eyes from the book⟩ — **en·gross·ed·ly** \-sədlē, -stl-, -li\ adv

**engrossed bill** n : a bill printed or written in the final form in which it is presented for the third reading in a house or chamber of a legislative body — compare ENROLLED BILL

**en·gross·er** \-sə(r)\ n -s [ME, fr. engrossen + -er, -ere -er] 1 : a monopolist or a person who attempts to establish a monopoly (as of goods or power) 2 : one that engrosses documents

**engrossing** adj [fr. pres. part. of engross] 1 : monopolizing or tending to monopolize 2 : taking up the time or attention completely : ABSORBING, FASCINATING ⟨hidden under the ~ surface of the story —Harrison Smith⟩ syn see INTERESTING

**en·gross·ing·ly** adv : so as to engross

**en·gross·ing·ness** n -ES : the quality of being engrossing

**en·gross·ment** \-smənt\ n -s 1 a : the engrossing of a document b : an engrossed document 2 a : the buying up or hoarding of a commodity esp. for speculative purposes b : the taking up of common or public lands (as by enclosure or purchase) often for speculative purposes 3 : the state of being absorbed or occupied ⟨his ~ with the nation's problems⟩

records of earthquake shocks registered in or near the region of disturbance — compare TELESEISMOLOGY

**en·gys·to·mat·i·dae** \(,)en,jistə'mad·ə,dē, (,)eŋ,gistə'm-; ,enj-¦əstō'm, ,eŋg¦, ¦ēstō'm-\ [NL, fr. Engystomat-, Engystoma (prob. influenced in meaning by G eng narrow, fr. OHG engi), former name of an included genus (fr. Gk engys near + NL -stomat-, -stoma -stoma) + -idae — more at ANGER] syn of BREVICIPITIDAE

**en·halo** \ən, en+\ vt [¹en- + halo, n.] : to honor or surround with or as if with a halo ⟨a figure ~ed with misty light⟩ ⟨an enlightened clergyman who . . . ~es the ticket collectors, bus conductors, waitresses —E.M.Forster⟩

**en·hance** \ən'han(t)s, en-, -haa(ə)n-,-hain-,-hán-\ vt -ED/-ING/-S [ME enhauncen, fr. AF enhauncer, alter. of OF enhaucier, fr. en- ¹en- + haucier to raise, fr. (assumed) VL altiare, fr. altus high — more at OLD] 1 obs a : RAISE, LIFT b : to exalt esp. in rank or spirit; also : EXTOL 2 : ADVANCE, AUGMENT, ELEVATE, HEIGHTEN, INCREASE ⟨our pleasure was enhanced by our hostess's care⟩ ⟨his gracious courtesy enhanced his scholarship⟩ 3 a : to increase the worth or value of ⟨an estate enhanced by careful management⟩ b : ORNAMENT, BEAUTIFY ⟨proposed to ~ the paneling with gilt medallions⟩ ⟨a young girl should avoid trying to ~ her looks with heavy makeup⟩ syn see INTENSIFY

**enhanced** adj [fr. past part. of enhance] of a heraldic charge : placed higher than is usual — opposed to abased

**en·hance·ment** \-smənt\ n -s : the act of enhancing or state of being enhanced : AUGMENTATION, INTENSIFICATION: as a : induced increase in some chemical or physical property ⟨the current ~ by gas filling may be greater by 20 to 30 percent for infrared light —V.K.Zworykin & E.G.Ramberg⟩ ⟨~ of the virulence of a virus by egg passage⟩ b : accentuation or exaggeration of tonal or positional characteristics of a sound recording

**en·hanc·er** \-sə(r)\ n -s [ME enhauncere, fr. enhauncen + -er -ere -er] : one that enhances

**en·hanc·ive** \-siv\ adj : tending to enhance

**en·harden** \ən, en+\ vt [¹en- + harden, v.] archaic : HARDEN ⟨nor hath conversation, age or travel been able to . . . ~ me —Sir Thomas Browne⟩

**¹en·harmonic** \¦en+\ adj [F enharmonique, fr. MF enarmonique, enharmonique, modif. (influenced by MF -ique -ic) of Gk enarmonios, fr. en in + harmonia joint, concord, musical scale — more at IN, HARMONY] 1 a in ancient Greek music : relating to that genus or scale employing quarter tones b of a Greek tetrachord : comprising a major third and two quarter tones — compare CHROMATIC 2 : relating to a written change of notes that sound the same on all instruments using the tempered scale ⟨the ~ change from A flat to G sharp⟩ 3 : relating to the difference in pitch that results from the exact tuning of a diatonic scale and its transposition into another key — **en·harmonically** \¦en+\ adv

**²enharmonic** \"\ n : an enharmonic note or chord

**enharmonic diesis** n 1 in ancient Greek music : QUARTER TONE 2 : the difference between three conjunct major thirds and an octave (ratio 125:128)

**enharmonic modulation** n : a modulation in which by enharmonically altering one or more notes the harmonic relation of a chord is changed so as to lead to a new key

**en haut** \äⁿō\ adv [F, above, up] ballet : in a high position — used of the arms

**en·hearten** \ən, en+\ vt [¹en- + hearten] : to give or restore strength and courage to ⟨their cheerfulness ~ed his saddened spirit⟩

**en·hedge** \ən'hej, en-\ vt [¹en- + hedge, n.] : to enclose or surround with or as if with a hedge

**enherit** obs var of INHERIT

**en·horror** \ən, en+\ vt -ED/-ING/-S [¹en- + horror, n.] : HORRIFY

**en·hunger** \ən, en+\ vt [¹en- + hunger, n.] : to make hungry ⟨passions . . . ~ed to feed on innocence —James Martineau⟩

**en·hy·dra** \en'hīdrə\ n, cap [NL, irreg. fr. Gk enydris otter, fr. enydros living in water, fr. en in + hydōr water — more at IN, WATER] : a genus of carnivorous mammals (family Mustelidae) that contains only the sea otter

**en·hy·drite** \-,drīt\ n -s [ISV enhydr- (fr. enhydrous) + -ite] 1 : ENHYDROS 2 : a mineral or rock containing water — **en·hy·drit·ic** \¦en,hī¦drid·ik\ adj

**en·hy·dros** \-īdrəs\ n -ES [NL, fr. L, enhydrous mineral, fr. Gk enydros] : a hollow nodule of chalcedony containing water

**en·hy·drous** \(')en¦hīdrəs\ adj [LL enhydrus, fr. Gk enydros containing water, living in water] of certain crystalline minerals : having water within : containing fluid drops

**en·hy·po·sta·sia** \,en,hīpə'stāzh(ē)ə\ also **en·hy·pos·ta·sis** \,en(,)hī'pästəsəs\ n -s [NL, fr. Gk enypostatos substantial (verbal of enyphistasthai to subsist in, fr. en in + hyphistasthai to subsist, exist, stand under), after Gk statos standing, fixed: -stasia and Gk statos: stasis condition of standing, stoppage — more at IN, HYPOSTASIS, -STATE, -STASIA, STASIS] : the dependence of the human nature of Christ upon his divine nature in such fashion that the second is the subsistent hypostasis of the first postulated (as in early Orthodox theology) as a doctrine of hypostatic union excluding an independent and impersonal existence of the human nature and emphasizing its subsistence from the beginning in the person of the Logos — **en·hy·po·stat·ic** \¦en,hīpə¦stad·ik\ adj

**enig·ma** also **ae·nig·ma** \ə'nigmə, ē'-,e'- sometimes 'enigmə or 'enēg-\ n, pl **enigmas** \-məz\ also **enigma·ta** \-məd·ə, -mətə\ [L aenigma, fr. Gk ainigma, fr. ainissesthai to speak in riddles, fr. ainos tale, fable] 1 : an intentionally obscure statement (as a riddle or complex metaphor) that depends for full comprehension on the alertness and ingenuity of the hearer or reader; broadly : an obscure speech or writing ⟨the new . . . novel is a brilliant ~ —Mark Schorer⟩ 2 : an inexplicable circumstance, event, or occurrence ⟨the ~ of human reason⟩ : an unsolved problem ⟨the ~s of American prehistory⟩ : MYSTERY 3 : a person not readily understood : an inscrutable person; often : one that exhibits an incomprehensible mixture of opposed qualities syn see MYSTERY

**enigma canon** or **enigmatic canon** or **enigmatical canon** n : RIDDLE CANON

**enig·mat·ic** \¦e(,)nig¦mad·¦ik, -,nēg-, -at¦, ¦ēk also ¦ē(- or ¦i(-\ also **enig·mat·i·cal** \¦əkəl, ¦ēk-\ adj [enigmatic fr. LL aenigmaticus, fr. Gk ainigmatikos, fr. ainigmat-, ainigma enigma + -ikos -ic; enigmatical fr. LL aenigmaticus + E -al] : relating to or resembling an enigma : INEXPLICABLE, PUZZLING ⟨know everything possible about our ~ ally —E.J. Simmons⟩ syn see OBSCURE

**enig·mat·i·cal·ly** \¦ək(ə)lē, ¦ēk-, -li\ adv : in an enigmatic manner

**enig·ma·tite** also **ae·nig·ma·tite** \ə'nigmə,tīt, ē'-,e'-\ n -s [G ainigmatit, änigmatit, fr. Gk ainigmat-, ainigma + G -it -ite] : an imperfectly known mineral formerly classed with the amphibole group that occurs in black triclinic crystals and is essentially a silicate of iron, titanium, and sodium (sp. gr. 3.74–3.80)

**enig·ma·tize** \-,tīz\ vt -ED/-ING/-S [enigmatic + -ize] : to make enigmatic ⟨it is the very humanity of man that ~s him for the true ascetic⟩

**enig·ma·tog·ra·pher** \=,=='tägrəfə(r)\ n -s [enigmato- (fr. L aenigmat-, aenigma enigma) + -grapher] : a propounder of enigmas

**enig·ma·tog·ra·phy** \-fē\ n -ES [enigmato- + -graphy] : the art of composing enigmas

**enig·ma·tol·o·gy** \-täləjē\ n -ES [enigmato- + -logy] : the investigation or analysis of enigmas

**eni·ma·gá** \¦enəmə¦gä\ n, pl **enimagá** or **enimagás** usu cap

EXHIBIT B - PAGE 8

MPVGE006371

# EXHIBIT C

# MODERN DICTIONARY of ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

**Rudolf F. Graf**

Newnes

Boston Oxford Auckland Johannesburg Melbourne New Delhi

EXHIBIT C - PAGE 9

MPVGE006366

Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

A member of the Reed Elsevier Group.

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible.

Butterworth-Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
Modern dictionary of electronics / Rudolf F. Graf.—7th ed., revised and updated.
p. cm.
ISBN 0-7506-9866-7 (alk. paper)
1. Electronics—Dictionaries. I. Title
TK7804.G67 1999
621.381'03—dc21 99-17889
CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

prior to being photographed, recorded, transmitted, or processed in some other way.

**image dissector** — 1. A television camera tube in which the image is swept past an aperture in a series of 525 interlaced lines 30 times per second. Instead of a beam scanning the image, the entire image is scanned past the aperture, which "dissects" the image — hence the name. *See also* dissector tube. 2. In OCR, a mechanical or electronic transducer that detects in sequence the light levels in different areas of a completely illuminated sample space.

*Image dissector, 1.*

**image dissector tube** — An electron tube that is used as a camera tube for a television system. When the picture to be transmitted is focused on a photosensitive surface, electrons are emitted from each section of the surface in proportion to the amount of light in that certain part of the picture, and are then drawn down the tube in a positive anode. However, the electrons are still focused in an electric field. The focusing fields are changed regularly to sweep the electron picture horizontally and vertically as it travels down the tube. The picture then passes through an aperture into an electron multiplier, where the output of the multiplier varies with the different parts of the picture. This output represents the dissecting of the picture into ordered parts.

**image distortion** — Failure of the reproduced image in a television receiver to resemble the original scene scanned by the camera.

**image effect** — An effect produced on the field of an antenna as the electromagnetic waves are reflected from the earth's surface.

**image enhancement** — Also called detail enhancement. The process by which the image is manipulated to increase the information extracted by the human visual system.

**image-enhancing equipment** — An elaborate device, often involving a computer, in which a photograph is scanned by a point of light, the amplitude of the electrical signal being modified electronically before being rerecorded on another film.

**image force** — The force on a charge due to that charge or polarization which it induces on neighboring conductors or dielectrics.

**image frequency** — 1. In heterodyne frequency converters, an undesired input frequency capable of producing the selected frequency by selecting one of the two sidebands produced by beating. The word *image* implies the mirrorlike symmetry of signal and image frequencies about the beating oscillator frequency or intermediate

**image iconoscope** — 1. An iconoscope in which greater sensitivity is obtained by separating the function of charge storage from that of photoelectric emission. An optical image is projected on a continuous photosensitive screen, and the electron emission from the back of this screen is focused electromagnetically onto a mosaic screen that is scanned by an electron beam as the original emitron cathode-ray tube. The British term is super-emitron. 2. A camera tube similar in design to the iconoscope. However, the image formed in the image iconoscope is projected on a photocathode that emits photoelectrons to be focused on a material, forming the charge image.

**image impedance** — The impedances that will simultaneously terminate all inputs and outputs of a transducer so that at each of its input and outputs the impedances in both directions are equal.

**image intensifier** — 1. A system for increasing the sensor response to a radiation pattern or image by interposing active elements between the sensor and the image, and supplying power to the active element. This is normally done by focusing the scene to be imaged on the photocathode of the tube, giving rise to a photoelectron pattern corresponding to the optical image. This pattern is accelerated and focused onto a phosphor, which emits light to reproduce a visual image of the scene. 2. Device used in X-ray techniques for brightening the fluoroscopic image several hundred times and reducing radiation exposure. 3. An electronic tube equipped with a light-sensitive electron emitter at one end and a phosphor screen at the other end; an electron lens inside the tube relays the image. This device is used in astronomy and in military and surveillance systems to provide night vision.

**image interference** — In a receiver, a response due to signals of a frequency removed from the desired signal by twice the intermediate frequency.

**image-interference ratio** — In a superheterodyne receiver, the effectiveness of the preselector in rejecting signals at the image frequency.

**image inverter** — A fiber-optic device that rotates an image through a predetermined angle.

**image orthicon** — 1. A camera tube in which a photoemitting surface produces an electronic image and focuses it on one side of a separate storage target. The opposite side of the target is then scanned by low-velocity electrons to produce the output. 2. A camera tube widely used in TV broadcasting. It consists of three sections all included in a single vacuum envelope. The three parts are as follows: (*a*) A photosensitive film sometimes called the photocathode. The scene to be televised is focused on this film by an outside camera lens. (*b*) The scanning beam provided by an electron gun, which scans lines of the target film. The gun's beam is deflected by electromagnets within the tube (the whole picture is scanned by the beam in $^1/_{30}$ of a second). (*c*) A return beam of electrons falls on a multiplier section, where an electron current of sufficient magnitude is developed to be sent out from the broadcast transmitter as a video signal. *See* Figure on p. 367.

**image phase constant** — The imaginary part of the transfer constant.

**image plane holography** — A type of holographic process in which a lens is used to image the subject in the film plane.

# EXHIBIT D

Microsoft

Microsoft

# Computer Dictionary

Fifth Edition

GE_0019133

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
p. ; cm.
ISBN 0-7356-1495-4
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.

AQ76.5. M52267 2002 200219714
004'.03--dc21

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9 QWT 7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

Acquisitions Editor: Alex Blanton
Project Editor: Sandra Haynes

Body Part No. X08-41929

frequently requested data) on computers running at bus speeds of 75 MHz or higher. *Acronym:* PB SRAM. *See also* burst (definition 2), L2 cache, pipelining, static RAM. *Compare* asynchronous static RAM, dynamic RAM, synchronous burst static RAM.

**pipeline processing** *n.* A method of processing on a computer that allows fast parallel processing of data. This is accomplished by overlapping operations using a *pipe*, or a portion of memory that passes information from one process to another. *See also* parallel processing, pipe (definition 1), pipelining (definition 3).

**pipelining** *n.* **1.** A method of fetching and decoding instructions (preprocessing) in which, at any given time, several program instructions are in various stages of being fetched or decoded. Ideally, pipelining speeds execution time by ensuring that the microprocessor does not have to wait for instructions; when it completes execution of one instruction, the next is ready and waiting. *See also* superpipelining. **2.** In parallel processing, a method in which instructions are passed from one processing unit to another, as on an assembly line, and each unit is specialized for performing a particular type of operation. **3.** The use of pipes in passing the output of one task as input to another until a desired sequence of tasks has been carried out. *See also* pipe (definition 1), pour.

**piracy** *n.* **1.** The theft of a computer design or program. **2.** Unauthorized distribution and use of a computer program.

**.pit** *n.* A file extension for an archive file compressed with PackIT. *See also* PackIT.

P

**pitch** *n.* A measure, generally used with monospace fonts, that describes the number of characters that fit in a horizontal inch. *See also* characters per inch, screen pitch. *Compare* point[1] (definition 1).

**PivotChart** *adj.* A graphical tool in Microsoft Excel or Access that can be used to display data from a list or database in chart form. Based on user-selected information incorporated in an Excel PivotTable report or list, a PivotChart report provides the ability to chart the data interactively—for example, to "pivot" the chart's point of view from product sales by category to product sales by region or by salesperson. *See also* PivotTable.

**PivotTable** *adj.* An interactive table in Microsoft Excel or Access that can show the same data from a list or a database in more than one arrangement. A user can manipulate the rows and columns in a PivotTable to view or summarize the information in different ways for purposes of analysis. In Excel, a PivotTable report is the basis for creating a PivotChart report that displays the same data in chart form. *See also* PivotChart.

**pivot year** *n.* In Year 2000 windowing, a date in a 100-year period that serves as the point from which correct dates can be calculated in systems or software that can store only 2-digit years. For example, a pivot year of 1970 means that the numbers 70 through 99 are interpreted as the years 1970 to 1999, and the numbers 00 through 69 as the years 2000 through 2069. *See also* windowing.

**pixel** *n.* Short for picture (**pix**) **el**ement. One spot in a rectilinear grid of thousands of such spots that are individually "painted" to form an image produced on the screen by a computer or on paper by a printer. A pixel is the smallest element that display or print hardware and software can manipulate in creating letters, numbers, or graphics. See the illustration. *Also called:* pel.

Pixel

**Pixel.** *The letter A is actually made up of a pattern of pixels in a grid, as is the cat's eye.*

**pixel image** *n.* The representation of a color graphic in a computer's memory. A pixel image is similar to a bit image, which also describes a screen graphic, but a pixel image has an added dimension, sometimes called depth, that describes the number of bits in memory assigned to each on-screen pixel.

crosoft Excel or list or a data- can manipulate w or summarize ses of analysis. r creating a Piv- n chart form.

date in a 100- hich correct vare that can ot year of 1970 interpreted as 0 through 69 as dowing.

ne spot in a rec- t are individu- on the screen by l is the smallest software can graphics. See

Pixel

*ttern of pixels in*

lor graphic in a lar to a bit nic, but a pixel called depth, y assigned to

**pixel map** *n.* A data structure that describes the pixel image of a graphic, including such features as color, image, resolution, dimensions, storage format, and number of bits used to describe each pixel. *See also* pixel, pixel image.

**PJL** *n. See* Printer Job Language.

**PJ/NF** *n.* Acronym for projection-join normal form. *See* normal form (definition 1).

**PKUNZIP** *n.* A shareware utility program that uncompresses files compressed by the PKZIP shareware utility program. PKUNZIP is generally made available with PKZIP; distribution of PKUNZIP for commercial purposes is not permitted without obtaining permission from its publisher, PKware, Inc. *See also* PKZIP.

**PKZIP** *n.* A widely used shareware utility program for compressing files. Developed by PKware, Inc., in 1989 and available from a wide variety of sources, PKZIP can combine one or more files into a compressed output file having the extension .zip. A companion utility program, PKUNZIP, is required to uncompress the compressed files. *See also* PKUNZIP, shareware, utility program.

**PLA** *n.* Acronym for programmable logic array. *See* field-programmable logic array.

**placeholder** *n.* **1.** A character that masks or hides another character for security reasons. For example, when a user types a password, an asterisk is displayed on the screen to take the place of each character typed. **2.** Text or some other element used in an application as an indicator that the user should enter in his or her own text.

**Plain Old Telephone Service** *n. See* POTS.

**plaintext** *n.* **1.** Nonencrypted or decrypted text. *See also* decryption, encryption. **2.** A file that is stored as plain ASCII data. *Compare* ciphertext.

**plain vanilla** *adj.* Ordinary; the standard version of hardware or software without any enhancements. For example, a plain vanilla modem might have data transfer capability but no fax or voice features.

**.plan** *n.* A file in a UNIX user's home directory that is displayed when other users finger that account. Users can enter information into .plan files at their discretion to provide information in addition to that normally displayed by the finger command. *See also* finger.

**planar** *adj.* **1.** In computer graphics, lying within a plane. **2.** In the fabrication of semiconductor materials, maintaining the original flat surface of the silicon wafer throughout processing, while the chemicals that make up the elements that control the flow of current are diffused into (and beneath) the surface.

**planar transistor** *n.* A special form of transistor that is fabricated with all three elements (collector, emitter, and base) on a single layer of semiconductor material. The structure of a planar transistor permits it to dissipate relatively large amounts of heat, making this design suitable for power transistors. See the illustration.

***Planar transistor.***

**plasma display** *n. See* gas-discharge display.

**plastic leadless chip carrier** *n. See* PLCC.

**plastic transistor** *n.* A transistor produced entirely from plastic rather than the traditional silicon. A plastic transistor is flexible enough to be embedded in curved surfaces or folded. Production of plastic transistors begins with a thin piece of clear plastic, onto which layers of plastic are printed or sprayed through a mesh. The result is a lightweight, flexible and transparent transistor that can be manufactured in high volumes for a fraction of the cost of silicon transistors. The flexibility and low-cost of plastic transistors make them useful in applications from transparent foldable displays to one-use product containers. *See also* electronic paper.

**platen** *n.* The cylinder in most impact printers and typewriters, around which the paper wraps and against which the print mechanism strikes the paper. The paper bail, a spring-loaded bar with small rollers, holds the paper smoothly against the platen just above the print mechanism.

**platform** *n.* **1.** The foundation technology of a computer system. Because computers are layered devices composed

# EXHIBIT E

# HARGRAVE'S COMMUNICATIONS DICTIONARY

Frank Hargrave

IEEE
PRESS

The Institute of Electrical and Electronics Engineers, Inc., New York

This book and other books may be purchased at a discount
from the publisher when ordered in bulk quantities. Contact:

IEEE Press Marketing
Attn: Special Sales
445 Hoes Lane
P.O. Box 1331
Piscataway, NJ 08855-1331
Fax: +1 732 981 9334

For more information about IEEE Press products, visit the
IEEE Online Store & Catalog: http://www.ieee.org/store.

© 2001 by the Institute of Electrical and Electronics Engineers, Inc.
3 Park Avenue, 17th Floor, New York, NY 10016-5997.

*All rights reserved. No part of this book may be reproduced in any form,
nor may it be stored in a retrieval system or transmitted in any form,
without written permission from the publisher.*

Printed in the United States of America.

10   9   8   7   6   5   4   3   2   1

**ISBN 0-7803-6020-6**
**IEEE Order No. PC5869**

**Library of Congress Cataloging-in-Publication Data**

Hargrave, Frank.
    Hargrave's communications dictionary.
    / Frank Hargrave.
        p.   cm.
    Includes index.
    ISBN 0-7803-6020-6
        1. Telecommunication—Dictionaries.  I. Title.
TK5102.H37 2000
621.382'03—dc21                    00-061416

- Attenuator—provides a known amount of transmission line attenuation in response to a known bias.
- Limiter—a passive microwave power limiter based on the nonlinear characteristics of the PIN device.
- Charged particle detectors, radiation detectors, x-ray detectors, etc.

Also written *p-i-n diode.*

**pine** An acronym for Program for Internet News and E-mail. (Some say it stands for Pine Is No-longer ELM.) Now found on most UNIX systems, *pine* is the University of Washington's e-mail client program. It not only allows a user to view mail, but it includes an easy-to-use word processor (complete with a spell checker) for easy message generation. It supports several Internet protocols including:

*IMAP*—Internet Message Access Protocol
*MIME*—Multipurpose Internet Mail Extension
*NNTP*—Network News Transport Protocol
*SMTP*—Simple Mail Transport Protocol

**ping** (1) An acronym for Packet INternet Groper that has been elevated to the status of a word. Generally, it is used as a verb, as in "*ping* station x to see if its up." (2) A Transmission Control Protocol/Internet Protocol (TCP/IP) protocol function that tests the ability of a computer to communicate with a remote computer by sending a query and receiving a confirmation response. Message types include:

- Type 0—Echo reply
- Type 3—Destination unreachable
- Type 4—Source quench
- Type 5—Redirect
- Type 8—Echo request
- Type 11—Time exceeded
- Type 12—Parameter problem
- Type 13/14—Timestamp request & reply
- Type 17/18—Mark request & reply

**ping-pong** A technique in communications for achieving a pseudo full-duplex operation on a *half-duplex* channel. A data communication equipment (DCE) alternates between being a sending device and a receiving device on every packet (transmit one, receive one. etc.). The DCEs at each end of the channel are always opposite in nature, that is, when either one is a transmitter, the other is a receiver.

**ping-ponging** A routing that causes a packet to bounce back and forth between two nodes.

**pink noise** Random noise with a frequency spectrum that decreases with increasing frequency with a 10-dB-per decade slope. The energy is distributed logarithmically so that there is equal energy in each octave. Also called *1/f noise.*

**PIO** (1) An abbreviation of Parallel Input Output. (2) An abbreviation of Private Input Output.

**PIP** (1) An acronym for Peripheral Interchange Program. (2) An acronym for Path Independent Protocol.

**pipe** (l) A form of redirection in many operating system environments that allows the output of one program to be fed into the input of another program.

For example, in DOS the command DIR can write hundreds of lines to the display, but only the last 24 or so will be visible. (The rest scroll off the top of the monitor into oblivion.) By piping the output of DIR to a program that displays only one screen at a time, all lines can be read. The form of the command is DIR | MORE.

**PIR** An abbreviation of Protocol Independent Routing. Packet routing that is handled independently of the packet format and protocol being used. It is an alternative to tunneling (in which a packet is wrapped in another format in order to allow routing through a foreign domain).

**piracy** Theft of proprietary software by unauthorized copying, use, or distribution of copyrighted programs. See *freeware, public domain,* and *shareware.*

**PITA** An acronym for Pain In The Ass.

**pitch** (1) A synonym for *lay* or *lay length.* (2) A subjective quality of sound dependent on frequency and loudness. (3) The relative position of a tone in a scale as determined by its frequency. (4) A tarlike substance used to encapsulate some electrical or electronic equipment.

**PIU** An abbreviation of Path Information Unit.

**pixel** An acronym for picture (PIXture) ELement. The smallest area of a display that can be controlled. The actual size is screen and controller dependent. See also *pel.*

**PKE** An abbreviation of Public Key Encryption.

**PKT** An abbreviation of PacKeT or packet switching.

**PKUNZIP** A *shareware* utility program used to uncompress files that were compressed with the *PKZIP* utility. The PKUNZIP command format is:

*PKUNZIP [-x] zipfile [@list] [files. . .]*

Where "zipfile" is the path and file name of the compressed file, "@list" is the optional file containing a list of commands to be used in the decompression process, and "files" is the optional list of destination file specifications (if omitted, all files are placed in the current directory), and "-x" is one of the following commands:

| | |
|---|---|
| -c[m] | Extract files to Console [with More] |
| -d | Restore / create the **Directory** structure stored in .ZIP file |
| -e[c \| d \| e \| n \| p \| r \| s] | **Extract** files. Sort by [CRC \| Date \| Extension \| Name \| Percentage \| Reverse \| Size] |
| -f | **Freshen** files in destination directory |
| -jlJ<h,r,s> | **Mask** \| don't mask <Hidden/System/Readonly> files (default=jhrs) |
| -n | Extract only **Newer** files |
| -o | **Overwrite** previously existing files |
| -p[a/b][c][#] | Extract to **Printer** [Asc mode, Bin mode, Com port] [port #] |
| -q | Enable ANSI **comments.** |
| -s[pwd] | **Decrypt** with password [If no pwd is given, prompt for pwd] |
| -t | **Test** .ZIP file integrity |
| -v[b][r][m][t] [c,d,e,n,o,p,s] | **View** .ZIP [Brief] [Reverse] [More] [Technical] sort by [CRC \| Date \| Extension \| Name \| natural Order(default) \| Percentage \| Size] |
| -x<filespec> | **eXclude** file(s) from extraction |
| -$ | Restore **volume label** on destination drive |
| -@listfile | Generate **list file** |

See also *compressed files, data compression,* and *PKZIP.*

**PKZIP** A shareware utility program used to compress data files. Developed by PKWARE in 1989, it is one of the most popular file com-

# EXHIBIT F



WILEY
ELECTRICAL
AND
ELECTRONICS
ENGINEERING
DICTIONARY
STEVEN M. KAPLAN

REF
621.303
KAP

66.95

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

***Library of Congress Cataloging-in-Publication Data is available.***

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

HELENA COLLEGE OF TECHNOLOGY LIBRARY
115 NORTH ROBERTS
HELENA, MONTANA 59601
DISCARD

PREI

This diction
the many a
available so
term is curr
ticles, repor
the terms an
vided conno

The Interne
entities usec
chance it wa
by multiple
pretty good
appear may
dictionary s
book, an em

There are n
sired term t
a word or p
definition.

This dictio
Telecki, As
suggested t
port and gui

This dictior
Austria. Mr
perform my
him for kin

*Austria, Eu*
*October, 20*

# PREFACE AND NOTES ON THE USE OF THIS DICTIONARY

rm or by
mitted
ι
ıe
)78-646-
ldressed
201) 748-
orts in
es
ıitable
nor
ıited to
artment
.t, however,

This dictionary has over 35,000 entries, each of which occupies a place in one or more of the many areas of expertise encompassed by electrical and electronics engineering. All available sources were consulted, seeking to ascertain the exact manners in which each term is currently utilized. Textbooks, handbooks, treatises, instruction manuals, theses, articles, reports, Usenet postings, and so on, were researched during the process of selecting the terms and writing their definitions, with a good number of entries having multiple provided connotations.

The Internet was used extensively throughout this project, and if one or more persons or entities used a given technical term in the areas covered by this dictionary, there is a decent chance it was taken into consideration. If any given words or phrases were used frequently by multiple people, in varied settings, and when referring to serious endeavors, there is a pretty good chance it can be found in this dictionary. Even so, some terms that continue to appear may not be found here. If a user feels that a given word or phrase not found in this dictionary should be added to a future edition, or wishes to otherwise comment on this book, an email may be sent to the author at: **wileyieee@yahoo.com.**

There are no special rules for the use of this dictionary. The user simply looks up the desired term to find its definition, plus other practical information when appropriate. When a word or phrase is the same as another, this is clearly stated so as to easily find the definition.

This dictionary could not have been prepared without the contributions of George J. Telecki, Associate Publisher at John Wiley & Sons. He had the idea for this dictionary, suggested the approach and format, and throughout the project provided inestimable support and guidance.

This dictionary has been prepared within the exquisite nature settings of Northwestern Austria. Mr. Wolfgang Gießer is the person who determined that I should be allowed to perform my work as an author in this wonderful country. I am tremendously grateful to him for kindly providing me with the opportunity to live here.

Steven M. Kaplan

*Austria, Europe*
*October, 2003*

g transfer speed. Also

:ket.
tiny hole or puncture.
optical devices or sys-
ı a defect or fault. For
g electroplating.
tects **pinholes (2)**. A
se of a precise light
usually a strip, being
he other side detecting
ient light. Some detec-
1 micrometer at strip
meters per hour. Also

is equal or constant per
nd intensity would be
ave band, which com-
707 Hz to 1414 Hz, as
Iz octave band, or any
ensity of such noise is
over the stated range.
vith a 3 dB/octave rol-

or device which gener-
, as a reference noise

xt, or the like, which
each pin in a multipin

ed **Input/Output Mode**.
ives. Each PIO mode

nsfer rate of up to 3.3

nsfer rate of up to 5.2

nsfer rate of up to 8.3

ısfer rate of up to 11.1

ısfer rate of up to 16.6

ısfer rate of up to 22.2

ısisting of a quark and
f +1, -1, or 0. Charged
ıl pions. Also called **pi**

of a received pulse on a
ay appear, for instance,
that serves as a signal,
3. A small mark or spot
used for tracking pur-

e.
something passes. For
s are run. **2.** A virtual
of memory can pass its
, which uses it as input.

ments handled simulta-
**pe (2)**.
ıe utilizing a **PBSRAM**

**AM.**
**BSRAM.**

**pipeline processing** Processing utilizing **pipelining**.

**pipeline processor** A processor capable of **pipeline processing**.

**pipelining** **1.** The simultaneous performance of multiple program instructions at varying stages, so as to provide parallel processing. For instance, while one instruction is being executed, another is being decoded, while another is being fetched. **2.** The use of a **pipe (2)** for **pipelining (1)**.

**piracy** **1.** The unauthorized copying and subsequent use and/or sale of software with copyright protection. When purchasing a program, an individual or entity becomes a licensed user, and can usually make backup copies when possible. Also called **software piracy**. **2.** The unauthorized copying and subsequent use and/or sale of material, such as that contained in a book or DVD, with copyright protection.

**Pirani gauge** A pressure gauge utilizing a hot wire placed in the gas whose pressure is to be measured. The rate of heat loss of the wire, which is connected to a bridge, depends on the rate at which the gas conducts heat away from said wire. The voltage across the wire is maintained constant, and since its resistance varies proportionally to its temperature, changes in resistance enable the measurement of the surrounding pressure. Conversely, the resistance of the wire can be held constant, so that the potential difference across it corresponds to the pressure. Utilized to measure low gas pressures.

**piston** **1.** In a waveguide, a sliding cylinder, usually consisting of a metal or dielectric, which is utilized for tuning. Also called **plunger**, **waveguide plunger**, or **tuning piston**. **2.** A cylinder or disk which is fitted closely within a larger cylinder, and which moves against the pressure of a fluid. An example is that in a dashpot.

**pistonphone** A chamber, equipped with a piston, which is utilized for precise measurements of sound pressure. Used, for instance, to calibrate microphones.

**pit** **1.** On an optical disc, such as a CD or DVD, an indented portion, as opposed to a non-indented portion which is called **land (2)**. The laser beam is reflected off the lands, while being scattered or absorbed by the pits. **2.** A small cavity or depression on a surface or material. Such a pit may be unwanted, as in a damaged surface, or desired, as is the case of a **pit (1)**.

**pitch** **1.** The frequency of a given sound. **2.** A subjective attribute of a sound, which depends primarily on its frequency, and to a lesser extent on factors such as its intensity, location, and duration. Pitch is perceived to run along a scale ranging from low to high. A fixed-frequency sound may be perceived as changing in pitch, as, for instance, a high-frequency sound whose intensity is steadily increased will appear to be rising in pitch. **3.** The distance between similar elements arranged regularly or in a fixed pattern. For example, dot pitch, or the distance between the centers of adjacent turns of a coil. **4.** In a robot, up and down movement of a wrist, end-effector, or other such moving part. **5.** The up and down movement of a part, object, or device. **6.** In computers, the number of printed characters per inch.

**PIV** Abbreviation of **peak inverse voltage**.

**pivot** A generally short shaft upon which a related moving part rotates, balances, oscillates, or the like. For example, the pivot which supports the magnetic needle of a compass, or that upon which the wire coil of a galvanometer pivots.

**pix** Abbreviation of **picture**, or pictures.

**PIX firewall** A popular family of firewall products.

**pixel** Abbreviation of **picture (pix) element**. Also called **scanning spot**, or **elemental area**. Its own abbreviation is **pel**. **1.** Within an image, such as that of a computer display, TV, or facsimile, the smallest unit which can be manipulated. In a CRT, such as a color TV or computer monitor, for instance, it is a trio of color phosphor dots representing a single point. In computers, also refers to the storage of information used to define a pixel in an image. **2.** In a TV picture or facsimile, the portion of the scanning line being explored at any given instant.

**pixel aspect ratio** The ratio of the width to the height of a single pixel.

**pixel depth** The number of bits used to define a pixel in an image, as determined by the hardware and software. For instance, a 24-bit video adapter allows for over 16.7 million colors to be displayed. Also called **bit depth**, or **color depth**.

**pixel image** An image, or representation of an image, composed of or corresponding to pixels on a screen. A bitmap is an example.

**pixel map** A data representation which describes a **pixel image**. Such a map includes attributes such as color, resolution, bit depth, dimensions, and format.

**pixelated** That which exhibits **pixelation**.

**pixelation** The appearance of individual or multiple pixels in a digital image, which gives it a jagged or stair-stepped appearance. Pixelation will appear, for instance, if a bitmapped image is enlarged enough.

**pJ** Abbreviation of **picojoule**.

**PJ** Abbreviation of **petajoule**.

**pk-pk** Abbreviation of **peak-to-peak**.

**pk-pk amplitude** Abbreviation of **peak-to-peak amplitude**.

**pk-pk value** Abbreviation of **peak-to-peak value**.

**pk-pk voltage** Abbreviation of **peak-to-peak voltage**.

**PKI** Abbreviation of **Public-Key Infrastructure**.

**PKUNZIP** A software utility which enables the uncompression of files which have been compressed using **PKZIP**.

**PKZIP** A utility which places multiple files in a single, compressed file format. **PKUNZIP** is utilized to uncompress such files.

**pl** **1.** Abbreviation of **picoliter**. **2.** Abbreviation of **poundal**.

**pL** Abbreviation of **picoliter**.

**PL/SQL** Abbreviation of Procedural Language/SQL. A procedural language extension of SQL.

**PLA** Abbreviation of programmable logic array. A logic array which instead of being programmed at a factory, is done so by an end user, usually during installation. PLAs can only be programmed once.

**plain old telephone service** Same as **POTS**.

**plain old telephone service splitter** Same as **POTS splitter**.

**plain text** Same as **plaintext**.

**plain vanilla** Providing only the bare essentials for programs, equipment, or systems to function. This contrasts with **bells and whistles**, where all the latest features and items may be present.

**plaintext** Text which is not encrypted, as opposed to **ciphertext**, which has been. It is simply regular text before or after encryption. Also spelled **plain text**. Also called **clear text**.

**plan position indicator** In radars, an oscilloscopic display in which the radar site is in the center, and the scanned objects appear as blips surrounding it. The distance from the center indicates the range of a scanned object, and the radial angle provides its bearing. Its abbreviation is **PPI**. Also called **P display**, **P scope**, **P scanner**, **P scan**, or **P indicator**.

**planar** Of, pertaining to, consisting of, or situated along a single plane or the same plane as something else. For instance, a planar transistor or a planar array.

**planar array** An antenna array in which all the elements lie along the same plane. Such an array may incorporate parasitic elements, and if the array is phased, multiple identical

hanced systems, such as Doppler VOR. Used extensively by pilots and aircraft. Also called **VOR system**.

**VOR receiver** A device, located on an aircraft, which detects **VOR signals**.

**VOR signal** The VHF signals emitted by a **VOR station**.

**VOR station** Within a **VOR system**, a transmitting station. These are located at regular intervals to provide continuous coverage. Also called **VOR transmitter (1)**.

**VOR system** Same as **VOR**.

**VOR transmitter** **1.** Same as **VOR station**. **2.** The apparatus within a **VOR station** which emits the VHF signals.

**vortal** **1.** Acronym for vertical **portal**. Abbreviation of vertical industry **portal**. A Web portal which is tailored to a specific industry, business, or the like. **2.** Same as **voice portal**.

**VOX** Abbreviation of **voice-operated transmission**, or **voice-operated transmit**. **1.** In a device such as a transmitter or transceiver, a feature which activates transmission only when a voice signal above a given level is present. Used, for instance, to eliminate the need for push-to-talk operation. **2.** Radio communication utilizing **VOX (1)**.

**voxel** Acronym for volume **pixel**. A unit of graphical information which defines a point in three-dimensional space, while a **pixel (1)** defines a point in two dimensions. A voxel has x, y, and z coordinates, while pixel has those for only x and y. It is also an abbreviation of **volume element**.

**VPE** Abbreviation of **vapor-phase epitaxy**.

**VPI** Abbreviation of **Virtual Path Identifier**.

**VPN** Abbreviation of **virtual private network**.

**VPS** Abbreviation of **vapor-phase soldering**.

**VR** Abbreviation of **virtual reality**.

**VR motor** Abbreviation of **variable-reluctance motor**.

**VRAM** Abbreviation of **video RAM**.

**VRC** Same as **vertical redundancy check**.

**VRML** Acronym for Virtual Reality Modeling Language. A computer language utilized to create interactive graphics which have a 3D feel to them. Used, for instance, to provide a visitor to a Web site 360° views of a given landscape, complete with the ability to move in any direction, triggering the appropriate changes in viewpoint.

**VRMS** Abbreviation of **volts RMS**.

**VRU** Abbreviation of **voice response unit**.

**VS** Abbreviation of **virtual storage**.

**VSELP** Abbreviation of vector-sum excited linear predictive coding. A speech-compression algorithm similar to Code-Excited Linear Prediction.

**VSWR** Same as **voltage standing-wave ratio**.

**vsync** Abbreviation of **vertical sync**, or **vertical synchronization**.

**VTOC** Abbreviation of **Volume Table of Contents**.

**VTR** Abbreviation of **video tape recorder**.

**VTVM** Abbreviation of **vacuum-tube voltmeter**.

**VU** Abbreviation of **volume unit**.

**VU meter** Abbreviation of **volume-unit meter**. An instrument which indicates the power of a complex audio signal, as expressed in volume units. Such a meter is usually calibrated to show a maximum recording or reproduction level, so as to maintain distortion within certain limits. Typically seen in recording equipment, and in some sound-reproduction devices such as audio amplifiers. Also called **volume indicator, volume-level meter, volume meter**, or **volume-unit indicator**.

**VUI** Abbreviation of **voice user interface**.

**vulcanization** A process that helps rubber becomes elastic, tough, and resistant to cold, heat, abrasions, water, and many chemicals. Although there are various processes utilized for this purpose, the most common involve heating rubber with sulfur.

**vulnerable** That which is susceptible to malicious actions, or which is especially exposed. Examples include data, operating systems, or communications networks which are not safeguarded against losses, damage, unwanted modifications, or unauthorized access.

**VxD** Abbreviation of **virtual device driver**.

**VXML** Abbreviation of **Voice XML**, which itself is an abbreviation of **Voice** Extensible **Markup Language**. An application of XML which enables a user to access the Internet via voice recognition. Thus, for instance, using an ordinary telephone and a voice-driven Web browser, a user can access email, get news, check on the schedule of an event, and so on.

**w** Symbol for **weight**.
*W* Symbol for **work (1)**.
**W** **1.** Symbol for **watt**. … **tungsten**. **3.** Symbol f…
**W Band** **1.** In commur… extending from 75.00… IEEE. This correspo… 4.0 mm to 2.7 mm, r… band of radio frequen… This corresponds to w… to 3.0 mm, respectivel…
**W-CDMA** Abbreviatior…
**W/sr** Abbreviation of w…
**W3 consortium** Abbrev… **tium**.
**W3C** Abbreviation of **W**…
**WAAS** Abbreviation of…
**wafer** A slice of a sem… substrate for fabricatio… ing. Also, to create s… **tor wafer**, or **slice (2)**.
**wafer charging** The u… by a wafer during proc…
**wafer diameter** The di… into a circular form. S… millimeters to a few d…
**wafer fabrication** The… of **wafers**. This invo… polishing, and cleanir… desired dimensions.
**wafer sawing** A techni… rial into dies or chips… with diamond-coated… micrometer, are used. … sawing to facilitate c… **sawing**.
**wafer-scale integration**… components, as oppos… the chips, and connect… stance, to create mul… gether in parallel proc…
**wafer slicing** Same as w…
**wafer switch** A rotary… one or more levels, ea…
**WAIS** Acronym for… UNIX-based Internet … databases across multi…
**wait state** A delay wl… execute an instructio… chips or devices to res… the RAM works at a… wait state may be ti… given number of cloc… slower the performanc…
**walk-up-and-use** A sy… museum, which need… lows a user to simpl… without ever having u…
**walkie-talkie** A small… tery-powered.
**wall box** A location… and/or communicatio…

# The most comprehensive electrical engineering dictionary on the market—with over 35,000 entries

Electrical engineering is one of the largest professional disciplines in the world. As such, it has collected an enormous amount of unique terminology and jargon. This body of language presents an imposing challenge for anyone seeking to master the field.

The *Wiley Electrical and Electronics Engineering Dictionary* provides researchers, working engineers, students, and those in related disciplines with the definitions of all the terms and acronyms used in today's electrical and electronics literature. This comprehensive resource saves time by presenting the desired information in the place it is first looked up—and in a straightforward manner that allows this content to be more readily assimilated.

This practical, exhaustive reference:

- Contains over 35,000 detailed terms
- Is sponsored by the Institute of Electrical and Electronics Engineers, the world's largest professional organization and the creator of electrical engineering standards
- Requires no cross-referencing to achieve full understanding of terms

Utilizing information drawn from textbooks, handbooks, treatises, instruction manuals, theses, articles, reports, and Usenet postings, the *Wiley Electrical and Electronics Engineering Dictionary* is the most complete dictionary covering the entire field of electrical and electronics engineering.

**STEVEN M. KAPLAN** is a lexicographer with a number of works to his credit.

*Cover Design: Michael Rutkowski*

IEEE
IEEE PRESS

Subscribe to our free Electrical Engineering eNewsletter at www.wiley.com/enewsletters

Visit www.wiley.com/ieee

WILEY-
INTERSCIENCE
wiley.com

ISBN 0-471-40224-9
90000
9 780471 402244

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 2, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

DATED: May 2, 2019

By: *<u>/s/ Bruce R. Zisser</u>*

Bruce R. Zisser
brucezisser@quinnemanuel.com

*Attorneys for Plaintiff Monument Peak Ventures, LLC*